AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |
|---|---|
| SHAMOLI KAPOOR | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), Jointly and Severally | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:22-cv-05027-HG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas B. Lipsky
> LIPSKY LOWE LLP
> 420 Lexington Avenue, Suite 1830
> New York, New York 10170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 9/15/2022



S- James Morales

*Signature of Clerk or Deputy Clerk*

*Kapoor, Shamoli v. Michael Matthews Jewelers of Kings Plaza, LLC, et al.*,
Index No. 1:22-cv-05027-HG

<u>RIDER TO SUMMONS IN A CIVIL ACTION</u>

TO: *(Defendant's name and address)*

Michael Matthews Jewelers of Kings Plaza, LLC
c/o Cyruli Shanks & Zizmor LLP
420 Lexington Avenue, Suite 2320
New York, New York 10170

Omar Jewelers Inc.
2048 Victory Boulevard
Staten Island, New York 10314

Omar Fine Jewelers Inc.
c/o Sabrina Mahmood
2048 Victory Boulevard
Staten Island, New York 10314

Mohammad Butt
c/o Michael Matthews Jewelers of Kings Plaza, LLC
5391 Kings Plaza
Brooklyn, New York 11234

Naila Butt
c/o Michael Matthews Jewelers of Kings Plaza, LLC
5391 Kings Plaza
Brooklyn, New York 11234

Laraib Butt
c/o Michael Matthews Jewelers of Kings Plaza, LLC
5391 Kings Plaza
Brooklyn, New York 11234

Zuha Butt
c/o Michael Matthews Jewelers of Kings Plaza, LLC
5391 Kings Plaza
Brooklyn, New York 11234

Solomon Mattatov
c/o Michael Matthews Jewelers of Kings Plaza, LLC
5391 Kings Plaza
Brooklyn, New York 11234

1

Arif Mahmod
c/o Omar Jewelers Inc.
73-11 37th Road
Jackson Heights, New York 11372

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-05027-HG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: