ATTORNEY(S): Lipsky Lowe LLP
INDEX #: 1:22-cv-05027-HG
PURCHASED/FILED:
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Shamoli Kapoor

Plaintiff(s)

against

Michael Matthews Jewelers of Kings Plaza, LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**
Approx. Age: 65 Yrs.
Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 4, 2022**, at **1:15 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint**

on

**Michael Matthews Jewelers of Kings Plaza, LLC**

the Defendant in this action, by delivering to and leaving with **Sue Zouky** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

4th day of October, 2022

Robert Guyette

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Invoice·Work Order # 2235187
Attorney File # **Kapoor**