

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

October 11, 2022

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*,
            1:22-cv-5027 (HG)

Dear Judge Gonzalez:

      This firm represents the Plaintiff in this Fair Labor Standards Act and New York Labor Law matter. We submit this letter to respectfully request an extension of the October 11, 2022 deadline to submit the civil case management plan.

      As background, two of the corporate defendants were served on October 6, 2022 (Doc. Nos. 7 and 8), making their responsive pleadings due by October 25. To date, no attorney representing the Defendants has contacted us, nor filed a Notice of Appearance with the Court. We, accordingly, respectfully request a 30-day extension to allow for more time for Defense counsel to make contact and for the parties to submit the civil case management plan.

      We appreciate the Court's attention to this submission and we are available to answer any questions.

                              Respectfully submitted,
                              LIPSKY LOWE LLP


                              s/ Douglas B. Lipsky
                              Douglas B. Lipsky