LIPSKY LOWE LLP
Personal Service

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*1431960*

Index no : 1 22 CV 05027 HG
Office No: 20221123125828

| Plaintiff: | **SHAMOLI KAPOOR** |
|---|---|
| Defendant: | MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA LLC, ET AL |

STATE OF NEW YORK COUNTY OF NASSAU    ss.:
I (Javon Cummings) being duly sworn deposes and says I am over the age of 18 and reside in New York State

On **12/03/2022** at **5:26 PM**, I served the within **SUMMONS, RIDER, COMPLAINT**, on **MOHAMMAD BUTT** at **8724 250TH STREET PH, BELLEROSE, NY 11426** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Defendant(s)** personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **MOHAMMAD BUTT** the **Defendant(s)** in this action.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | Brown | Bald | 60-70 | Over 6ft | Over 200lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
12/07/2022

Aaliyah A Mais
Notary Public, State of New York
No. 01MA6424080
Qualified in Queens County
My Commission Expires 10/25/25

X_____
Javon Cummings
License#: 2036513
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056
Clerk: Clerk3

