UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x   Civil Action No. 1:22-cv-05027

**SHAMOLI KAPOOR**,

                Plaintiff,  **NOTICE OF APPEARANCE**

   v.

**MICHAEL MATTHEW'S JEWELERS LLC, OMAR
JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT,
LAIRAB BUTT, ZUHA BUTT, SOLOMON MATTATOV,
ARIF MAHMOD, ABC CORPORATIONS 1-5**
(fictitious names describing presently Unidentified business
entities), and JOHN DOES 1-5(fictitious names describing presently
unidentified individuals), Jointly and Severally,

                Defendants.
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that Defendants, Mohammad Butt, Naila Butt, Lairab Butt, and Zuha Butt hereby appear in the above-entitled action and that the undersigned has been retained as attorney for said Defendants and request that all papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
       December 9, 2022

                                            Yours, etc.

                                            _____

                                            Bhavleen Sabharwal
                                            Law Office of Bhavleen Sabharwal, P.C.
                                            Attorneys for Defendants
                                            Mohammad Butt, Naila Butt, Lairab Butt, and
                                            Zuha Butt
                                            261 Madison Ave., Suite 1004
                                            New York, NY 10016
                                            (917) 597-5984
                                            Bsabharwal@Bsablaw.com