# Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

Hon. Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

December 12, 2022

Re: Shamoli Kapoor v. Michael Matthew's Jewelers LLC, et. al.
1:22-cv-05027

Dear Hon. Gonzalez:

I represent defendants Mohammad Butt, Naila Butt, Lairab Butt, and Zuha Butt ("Defendants") in the above-referenced matter. I respectfully request that your Honor approve Defendants' request for an extension of time to answer the complaint until on or before January 2, 2023. This is Defendants' first request for an extension of time to answer the complaint. Plaintiff's counsel has consented to the request.

Respectfully submitted,

By: _____/s/_____
Bhavleen Sabharwal, Esq.
261 Madison Avenue, Suite 1004
New York, NY 10016
Tel: (917) 597-5984
Email: Bsabharwal@Bsablaw.com

Via ECF:

Douglas Brian Lipsky
Attorney for Plaintiff
Lipsky Lowe LLP
420 Lexington Avenue
Suite 1830
New York, NY 10170
212-392-4772

Email: doug@lipskylowe.com

Case 1:22-cv-05027-HG   Document 14   Filed 12/12/22   Page 2 of 2 PageID #: 65