UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHAMOLI KAPOOR,

                Plaintiff,

    -    against –

MICHAEL MATTHEWS JEWELERS OF
KINGS PLAZA, LLC, OMAR
JEWELERS INC., MOHAMMAD BUTT,
NAILA BUTT, LARAIB BUTT, ZUHA
BUTT, SOLOMON MATTATOV, ARIF
MAHMOD, ABC CORPORATIONS 1-5
(fictitious names describing presently
unidentified business entities), and JOHN
DOES 1-5 (fictitious names describing
presently unidentified individuals), Jointly
and Severally,

                Defendants.
-----------------------------------------------------------X

22-cv-5027 (HG)

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Michael Matthews Jewelers of Kings Plaza, LLC has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant Michael Matthews Jewelers of Kings Plaza, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
December 19, 2022

BRENNA B. MAHONEY, Clerk of the Court
By: _____*Jalitza Poveda*_____
      Deputy Clerk