LIPSKY LOWE LLP
Personal Service

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**AMENDED   AFFIDAVIT OF SERVICE**



*1431961*

Index no : **1 22 CV 05027 HG**
Office No: 20221123130135

| Plaintiff: | **SHAMOLI KAPOOR** |
|---|---|
| Defendant: | **MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA LLC, ET AL** |

STATE OF NEW YORK COUNTY OF NASSAU      ss.:
I (Javon Cummings) being duly sworn deposes and says I am over the age of 18 and reside in New York State

On **11/29/2022** at **10:17 AM**, I served the within **SUMMONS, RIDER, COMPLAINT**, on **NAILA BUTT** at **6342 253RD STREET PH, LITTLE NECK, NY 11362** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Defendant(s)** personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aformentioned documents as **NAILA BUTT** the **Defendant(s)** in this action.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | Brown | Brown | 50-60 | 5ft 4- 5ft 8 | 141-160lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
12/23/2022

Aaliyah A Mais
Notary Public, State of New York
No. 01MA6424080
Qualified in Queens County
My Commission Expires 10/25/25

X_____
Javon Cummings
License#: 2036513
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056
Clerk: Progressive

