LIPSKY LOWE LLP
Suitable Age Service

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**AMENDED AFFIDAVIT OF SERVICE**


*1431962*

Index no : **1 22 CV 05027 HG**
Office No: 20221123130210

| Plaintiff: | **SHAMOLI KAPOOR** |
|---|---|
| Defendant: | **MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA LLC, ET AL** |

STATE OF NEW YORK COUNTY OF NASSAU        ss.:
I (Javon Cummings) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **11/29/2022** at **10:17 AM**, I served the within **SUMMONS, RIDER, COMPLAINT**, on **LARAIB BUTT** at **6342 253RD STREET PH, LITTLE NECK, NY 11362** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Naila Butt, RELATIVE** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients residence within the state.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Brown | Brown | 50-60 | 5ft 4- 5ft 8 | 141-160lbs |
| Other Features: | | | | | |

On **11/30/2022** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **6342 253RD STREET PH, LITTLE NECK, NY 11362**. That address being the **last known residence, usual place of abode of the Defendant(s).** Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
12/23/2022

Aaliyah A Mais
Notary Public, State of New York
No. 01MA6424080
Qualified in Queens County
My Commission Expires 10/25/25

X_____
Javon Cummings
License#: 2036513
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Progressive

