# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


Hon. Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

January 9, 2022

Re: Shamoli Kapoor v. Michael Matthew's Jewelers LLC, et. al.
1:22-cv-05027

Dear Hon. Gonzalez:

I represent defendants Mohammad Butt ("Defendant Mohammad"), Naila Butt ("Defendant Naila"), Laraib Butt ("Defendant Laraib"), and Zuha Butt ("Defendant Zuha") (collectively "Defendants") in the above-referenced matter. Your undersigned made a motion on behalf of Defendant Mohammad on December 22, 2022 to have the Certificate of Default entered against defendant Michael Matthews Jewelers of Kings Plaza, LLC ("Defendant Michael") to be vacated.

Defendant Mohammad has obtained the requisite documentation to confirm that he has no ownership interest in Defendant Michael.

Accordingly, the request to vacate the Certificate of Default entered upon Defendant Michael is withdrawn.

Thank you for your attention to this matter.

Respectfully submitted,

By: *Bhavleen Sabharwal*
Bhavleen Sabharwal, Esq.
261 Madison Avenue, Suite 1004
New York, NY 10016
Tel: (917) 597-5984
Email: Bsabharwal@Bsablaw.com

Via ECF:

Douglas Brian Lipsky
Attorney for Plaintiff
Lipsky Lowe LLP
420 Lexington Avenue
Suite 1830
New York, NY 10170
212-392-4772
Email: doug@lipskylowe.com