LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

January 10, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff in this Fair Labor Standards Act and New York Labor Law matter. We submit this letter, with Defendants' consent, to request a thirty-day extension of Plaintiff's deadline to respond to Defendants Naila Butt, Laraib Butt and Zuha Butt's January 3, 2023 pre-motion letter to dismiss the claims against them. (Doc. No. 25).

Plaintiff's response to the letter is currently due today, January 10. Plaintiff seeks this request because she is presently in India due to a family health emergency, which is complicating her ability to provide counsel with necessary information. This is the first extension request, which, if granted, would not affect any other dates or deadlines.

Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)