

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

January 24, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*,
            1:22-cv-5027 (HG)

Dear Judge Gonzalez:

      This firm represents the Plaintiff in this Fair Labor Standards Act and New York Labor Law matter. We submit this letter, in response to the Court's January 10, 2023 Order and with Defendants' consent, to request two weeks to file an amended pleading.

      Plaintiff does intend to address, in an amended pleading, the purported deficiencies Defendants identify in their pre-motion letter. Plaintiff would have made this extension request sooner, but the undersigned was out sick. This is the first extension request, which, if granted, would not affect any other dates or deadlines.

      Plaintiff appreciates the Court's consideration of this request.

                                Respectfully submitted,
                                LIPSKY LOWE LLP

                                s/ Douglas B. Lipsky
                                Douglas B. Lipsky

CC:    Counsel of Record (Via ECF)