LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

February 6, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff in this Fair Labor Standards Act and New York Labor Law matter. We submit this letter, with Defendants' consent, to request a one week extension to file the First Amended Complaint, extending it from February 7 to February 14, 2023.

This is the second request to extend this deadline, with Defendants consenting to the first. Plaintiff seeks this extension because she is extremely sick with a throat infection that has prevented her from having any meaningful conversation with her counsel and the to-be-discussed issues require a phone conversation, versus email.

This extension request, which, if granted, would not affect any other dates or deadlines. Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)