UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAMOLI KAPOOR,

Plaintiff,

v.

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, *et al.*,

Defendants.

**ORDER**
22-CV-05027 (HG)

**HECTOR GONZALEZ**, United States District Judge:

The Court has received Plaintiff's amended complaint, *see* ECF No. 32, which indicates that Plaintiff persists in asserting claims against the three Defendants in this case that have already defaulted: Michael Matthews Jewelers of Kings Plaza, LLC, Omar Jewelers Inc., and Arif Mahmod. The Court previously ordered Plaintiff to file a motion for default judgment against these Defendants on or before February 6, 2023, but Plaintiff has not filed such a motion. *See* ECF Order dated Jan. 5, 2023. Plaintiff shall file a motion for default judgment against these Defendants on or before February 27, 2023, and in doing so shall follow the service requirements further described in the Court's prior order. *See id.* The Court warns Plaintiff that failing to file timely motions for default judgment against these Defendants may lead to the dismissal of Plaintiff's claims against them for failure to prosecute.

The Court previously ordered the parties to file a joint letter and proposed case management plan on or before February 10, 2023, after granting multiple extensions of this deadline requested by Plaintiff. *See* ECF No. 5; ECF Order dated Oct. 12, 2022; ECF Order dated Dec. 7, 2022. The parties have neither filed those submissions nor requested an extension of their obligation to do so. The parties shall file their joint letter and proposed case management

plan on or before February 24, 2023, or else the Court will promptly thereafter enter a discovery schedule allowing no more than 90 days for fact discovery without seeking further input from the parties. The parties shall file these submissions even if some Defendants intend to move to dismiss Plaintiff's amended complaint because the parties must engage in discovery concurrently with briefing any motion to dismiss.

In light of the multiple extensions that the parties have already received for their case management plan deadline, the parties' proposed case management plan must provide for: (i) the service of their respective initial disclosures required by Rule 26(a)(1) no later than March 3, 2023, and (ii) the service of their respective initial interrogatories and requests for production of documents no later than March 10, 2023. If the parties believe that these deadlines are not feasible, then their joint letter shall describe with specificity why the parties believe they need additional time.

The Court hereby warns all parties that future failures timely to comply with the Court's orders may result in sanctions against the parties or their counsel.

SO ORDERED.

*/s/ Hector Gonzalez*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
February 15, 2023