LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

February 27, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff in this matter. We submit this letter, in response to the Court's February 15, 2023 Order, setting today as the deadline for Plaintiff to file a motion for default judgment against Defendants Michael Matthews Jewelers of King Plaza, LLC, Omar Jewelers Inc., and Arif Mahmod ("Defaulted Defendants").

On December 19, 2022, Certificates of Default were entered against the Defaulted Defendants. (Doc. Nos. 18-20). Plaintiff, subsequently, filed her February 14, 2023 First Amended Complaint (Doc. No. 32) that adds new claims against the Defaulted Defendants and moots the Certificates of Default. *Ramirez v. Clinton Panaderia, Inc.*, 2023 U.S. Dist. LEXIS 27455 (E.D.N.Y. Feb. 17, 2023) ("once the original complaint [is] superseded, the clerk's entry of default on that pleading [is] also mooted."); *BHMPW Funding NJ LLC v. Amsterdam*, 2016 U.S. Dist. LEXIS 142831, at *11-12 (E.D.N.Y. Oct. 13, 2016) ("any entries of default or motions for default judgment on the original complaint are likewise of no legal consequence" once "an amended complaint becomes operative . . ."). Plaintiff is, accordingly, attempting to serve the Defaulted Defendants with the First Amended Complaint. If they fail to respond to that pleading, Plaintiff will promptly seek a new entry of default and subsequently file a motion for default judgment against them.

Given this, we respectfully request that the Court does not dismiss Plaintiff's claims against Defendants Michael Matthews Jewelers of King Plaza, LLC, Omar Jewelers Inc., and Arif Mahmod, as Plaintiff is and has been diligently prosecuting her claims.

Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)