UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAMOLI KAPOOR,

Plaintiff,

v.

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, *et al.*,

Defendants.

**ORDER**
22-CV-05027 (HG)

**HECTOR GONZALEZ**, United States District Judge:

The Court has received the parties' proposed case management plan and joint letter, *see* ECF No. 34, which proposes a full year for fact discovery, and states that the parties will not be prepared to serve initial discovery requests until April, contrary to the directives in the Court's prior order that they propose deadlines in March. *See* ECF No. 33. The Court appreciates the seriousness of the human trafficking allegations in Plaintiff's amended complaint and the length of time during which Defendants' misconduct allegedly occurred, but the Court is not inclined to allow a full year for fact discovery, nor does it see a need to wait for the deadline for Defendants to answer Plaintiff's amended complaint for the parties to commence discovery. Defendants have known about this lawsuit since being served at various times in late November and early December 2022, appeared promptly thereafter, and have already answered Plaintiff's initial complaint, *see* ECF No. 27, which included substantially similar allegations as Plaintiff's amended complaint.

However, the Court notes that the parties indicated in their proposed case management plan that they consent to conducting all further proceedings in this case, including motions and trial with or without a jury, before a magistrate judge pursuant to 28 U.S.C. § 636(c), although

their joint letter is silent on this topic. *See* ECF No. 34 at 12. If the parties intended to consent to the jurisdiction of either Magistrate Judge Merkl, who is the assigned magistrate judge, or a randomly-selected magistrate judge, then they shall file the District's consent form published on the docket, *see* ECF No. 2, on or before March 1, 2023, in which case the Court will defer to the assigned magistrate judge to set a discovery schedule. If the parties have not filed by that date the form consenting to a magistrate judge's jurisdiction, the Court will enter a scheduling order that provides for a significantly more accelerated discovery schedule than what the parties have proposed and will allow extensions of the discovery deadlines only if the parties demonstrate that they have diligently been conducting discovery.

SO ORDERED.

*/s/ Hector Gonzalez*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
February 27, 2023