**Attorney(s) :** Lipsky Lowe LLP
**Index # :** **1:22-cv-05027-HG**
**Purchased/Filed :** February 14, 2023
**State of :** **New York**
**Court :** U.S. District
**County/District :** Eastern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Shamoli Kapoor

Plaintiff(s)

against

Michael Matthews Jewelers of Kings Plaza, LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 45 Yrs.

Weight: 160 Lbs. Height: 5' 10" Sex: Female Color of skin: White

Hair color: Blonde Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **March 16, 2023**, at **1:18 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**Summons in A Civil Action & First Amended Complaint**

on

**Michael Matthews Jewelers of Kings Plaza, LLC**,

the Defendant in this action, by delivering to and leaving with **Amy Lesch** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
16th day of March, 2023

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Robert Guyette

**Invoice•Work Order #** 2310296
Attorney File # **Kapoor**