LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

March 23, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*,
1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff. We submit this letter, on behalf of all parties, to respectfully request the deadline to complete mediation be extended.

Preliminarily, the parties have selected James Brown as our mediator. Mr. Brown's first available date is, however, not until May 10, 2023, which is after the April 24 mediation deadline. The parties, accordingly, respectfully request that the April 24 deadline be extended to May 10, 2023.

Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)