UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMOLI KAPOOR,<br><br>Plaintiff,<br>v.<br><br>MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:22-cv-5027 (HG)<br><br>AFFIDAVIT OF SERVICE |

I, LiAnne Chan, being duly sworn, states as follows:

On March 23, 2023, I mailed via First Class Certified Mail with Return Receipt Requested, the following documents: Summons, First Amended Complaint, Affidavit of Service of Summons and First Amended Complaint, and a cover letter to each Defendant at the following addresses identified for service of process with the Secretary of State of the State of New York:

| | |
|---|---|
| To *Defendant Michael Matthews Jewelers of Kings Plaza, LLC*: | Michael Matthews Jewelers of Kings Plaza, LLC<br>c/o Cyruli Shanker Hart et al.<br>420 Lexington Avenue, Suite 2020<br>New York, New York 10170 |
| To *Defendant Omar Jewelers Inc.*: | Omar Jewelers Inc.<br>2048 Victory Boulevard<br>Staten Island, New York 10314 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 29, 2023

LIPSKY LOWE LLP

s/ LiAnne Chan

LiAnne Chan, Paralegal
420 Lexington Avenue, Suite 1830
New York, New York 10170
212.392.4772
lianne@lipskylowe.com

*Paralegal for Plaintiff's Attorney*