**UNITED STATES DISTROCT COURT, EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

*1459146*

Index no : **1 22 CV 05027 HG**
Office No: 20230228122926

| | |
|---|---|
| Plaintiff: | **SHAMOLI KAPOOR** |
| Defendant: | **MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA LLC, ET AL** |

STATE OF NEW YORK COUNTY OF NASSAU ss.:
I (Nour Gomaa) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **03/09/2023** at **12:40 PM**, I served the within **SUMMONS, RIDER, FIRST AMENDED COMPLAINT, DEMAND,** on **ARIF MAHMOD** at **OMAR JEWELERS INC. , 73-11 37TH ROAD, JACKSON HEIGHTS, NY 11372** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Hassan Mohamed** , **CO-WORKER** a person of suitable age and discretion.Person spoken to stated that said premises is intended recipients place of business within the state.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black** | **35-50** | **5ft 9 - 6ft** | **161-180lbs** |
| Other Features: | | | | | |

On **03/14/2023** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **OMAR JEWELERS INC. , 73-11 37TH ROAD, JACKSON HEIGHTS, NY 11372**. That address being the actual place of business of the Defendant(s). Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
03/14/2023

Nicholas Rivera
Notary Public, State of New York
No. 01RI6208198
Qualified in Suffolk County
Commission Expires 6/22/25

X
Nour Gomaa
License#: 2048130
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Clerk4