UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAMOLI KAPOOR,

Plaintiff,

v.

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, *et al.*,

Defendants.

**ORDER**
22-CV-05027 (HG)

**HECTOR GONZALEZ**, United States District Judge:

Based on Plaintiff's affidavits of service, the deadlines for Defendants Michael Matthews Jewelers of Kings Plaza, LLC, Omar Jewelers Inc., and Arif Mahmod to file their answers or to otherwise respond to Plaintiff's amended complaint have passed. *See* ECF Nos. 41, 42, 46. None of these Defendants has appeared or otherwise participated in this case, and each of them previously defaulted after failing timely to respond to Plaintiff's initial complaint. *See* ECF Nos. 18, 19, 20. Plaintiff shall request a certificate of default from the Clerk of Court on or before May 2, 2023, pursuant to Rule 55(a), for each of these three Defendant that has not appeared as of that date. If any representative of these Defendants has contacted Plaintiff's counsel since Plaintiff's complaint was filed, Plaintiff shall inform that person of this order as soon as reasonably possible and shall do so in writing if possible.

Plaintiff never filed proof of service of her original complaint on Defendant Solomon Mattatov on or before January 6, 2023, the deadline that the Court previously set in response to Plaintiff's motion to extend her time to serve her initial complaint on certain Defendants. *See* ECF Order dated Dec. 7, 2022. Nor has Plaintiff filed proof of service on Defendant Mattatov of her amended complaint, which was filed on February 14, 2023, *see* ECF No. 14, thereby establishing a service deadline of May 15, 2023, pursuant to Rule 4(m).

Plaintiff shall file a letter no longer than three pages on or before May 2, 2023, that: (i) explains whether she is still pursuing her claims against Defendant Mattatov; (ii) explains why Plaintiff's failure to serve Defendant Mattatov with her original complaint by the Court-ordered deadline does not merit dismissal of the claims Plaintiff asserted against him in her original complaint; (iii) describes with specificity all of the efforts that Plaintiff has made to serve Defendant Mattatov with both her original complaint or her amended complaint; and (iv) states whether Plaintiff intends to move to extend her deadline to serve her amended complaint on Defendant Mattatov. The Court warns Plaintiff that if she does not complete service of her amended complaint on Defendant Mattatov on or before May 15, 2023, or identify in her letter unusual circumstances demonstrating good cause for an extension, the Court will likely dismiss Plaintiff's claims against Defendant Mattatov without prejudice without giving Plaintiff further opportunity to be heard on that issue.

SO ORDERED.

*/s/ Hector Gonzalez*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
April 26, 2023