UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMOLI KAPOOR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:22-cv- 5027 (HG)<br><br>REQUEST FOR CERTIFICATE OF DEFAULT |

TO: BRENNA B. MAHONEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendant Michael Matthews Jewelers of Kings Plaza, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court filing herein and from the attached affirmation of Douglas B. Lipsky.

Dated: New York, New York
May 2, 2023

s/ Douglas B. Lipsky
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
212.392.4772
Doug@lipskylowe.com
*Plaintiff's Counsel*