UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMOLI KAPOOR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), Jointly and Severally,<br><br>Defendants. | ECF CASE<br><br>No.: 1:22-cv- 5027 (HG) |

AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT UPON DEFENDANT MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC

I, Douglas B. Lipsky, being duly sworn, affirms as follows:

1. I am Plaintiff's counsel in the above-captioned action and I am familiar with the file, records and pleadings in this action.

2. This action was commenced under the New York Labor Law and Fair Labor Standards Act. (Doc. No. 1).

3. The Summons and First Amended Complaint (Doc. No. 32) were served on Defendant Michael Matthews Jewelers of Kings Plaza, LLC on March 16, 2023 via personal service upon Amy Lesch, Authorized Agent in the Office of the Secretary of State of the State of New York, making its answer due by April 6, 2023. (Doc. No. 41).

4. The Summons and First Amended Complaint were also served upon Defendant Michael Matthews Jewelers of Kings Plaza, LLC on March 23, 2023 via First Class Certified Mail with Return Receipt Requested c/o Cyruli Shanker Hart et al., 420 Lexington Avenue, Suite 2020, New York, NY 10170, the address identified for service of process with the Secretary of State of the State of New York (Doc. No. 45).

5. Defendant Michael Matthews Jewelers of Kings Plaza, LLC has not answered or otherwise moved with respect to the Complaint and the time for it to answer or otherwise move has not been extended.

6. Defendant Michael Matthews Jewelers of Kings Plaza, LLC is not an infant or incompetent. Defendant Michael Matthews Jewelers of Kings Plaza, LLC is not presently in the military service of the United States as appears from the facts in this litigation.

WHEREFORE, Plaintiff respectfully requests that the default of Defendant Michael Matthews Jewelers of Kings Plaza, LLC be noted and a Certificate of Default be issued.

I declare under penalty of perjury that the foregoing is true and correct, that the amount claimed is justly due to plaintiff , and that no part thereof has been paid.

Dated: New York, New York
May 2, 2023

LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, New York 10017
212.392.4772
doug@lipskylowe.com
*Plaintiff's Counsel*