LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

May 2, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff. We submit this letter pursuant to the Court's April 26, 2023 Order on the status of serving the February 14, 2023 First Amended Complaint upon Defendant Solomon Mattatov. (Doc. No. 47).

We have not yet attempted to serve Mr. Mattatov with the First Amended Complaint because we were unable to serve him with the original Complaint using the only address we have for him: when our process server attempted service, he was told Mr. Mattatov has moved. We have, subsequently, been unable to locate a new address, but, more critically, we are now in contact with his counsel. We have, to that end, inquired whether he will accept service on his client's behalf and are awaiting a response.

If Mr. Mattatov's counsel is unwilling to accept service, we will again endeavor to locate a new address and serve him within the 90 days provided by Rule 4(m).

We appreciate the Court's attention to this submission.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)