LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

May 9, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff. We submit this letter seeking an extension of time to serve Defendant Solomon Mattatov under Fed. R. Civ. P. 4(m).

We have recently made contact with counsel for Defendant Mattatov, who does not object to a 30-day extension of Plaintiff's deadline to serve him under Fed. R. Civ. P. 4(m), while counsel ascertains with his client whether he may accept service. Plaintiff, accordingly, seeks this requested relief from the Court, and submits that good cause exists to extend this deadline.

We appreciate the Court's attention to this submission.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)