# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


May 10, 2023

The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Hon. Gonzalez:

I represent defendants Mohammad Butt ("Defendant Mohammad"), Naila Butt ("Defendant Naila"), Laraib Butt ("Defendant Laraib"), and Zuha Butt ("Defendant Zuha") (collectively "Defendants")[1].

Pursuant to a Court Order dated March 9, 2023 issued by your Honor, the parties were directed to proceed to mediation.

James Brown was selected as a mediator and a mediation was scheduled for today, May 10, 2023 at 10:00 am via video conference.

Yesterday, May 9, 2023 at 4:30 pm, I was informed by Mr. Brown via email correspondence that Plaintiff would not be participating in the mediation and that Mr. Brown would be willing to adjourn the mediation if both sides agreed. I emailed opposing counsel upon receiving this email and sought further information as this was the first time I had learned that Plaintiff would not attend. After not receiving a response to my email, I called Plaintiff's counsel and was told that Plaintiff was allegedly in the hospital and that she sought an adjournment of the mediation to the next available date of June 29, 2023, which was the next-available date that Plaintiff's counsel indicated the mediator was available. I was also advised for the first time that Plaintiff was not even in the country as she was still in India.

---

[1] The remaining defendants have not responded to the complaint or otherwise appeared in this action.

This is not my clients' first experience with Plaintiff adjourning a court-ordered date on the eve of its occurrence. Plaintiff has two actions[2] which are pending before the Supreme Court in the County of Queens against Defendant Mohammad[3]. Plaintiff has asked for adjournments in those other actions on the eve of court-ordered dates (annexed hereto is a prior adjournment request) which upon information and belief is done to delay legal proceedings and frustrate Defendant Mohammad. Further, Defendants would not have consented to the mediation had they known Plaintiff was in India which has a significant time difference with the United States.

Defendants have incurred a significant amount of time and expense in preparing for the mediation which Plaintiff failed to attend. In light of Plaintiff's prior history, it is respectfully requested that the Court order Plaintiff to produce a medical note which corroborates that Plaintiff was in the hospital as claimed. If Plaintiff is unable to provide a medical note, it is requested that Plaintiff reimburse Defendants for their legal fees incurred in preparing for the mediation and also for the retainer paid in anticipation of the mediation.

In light of the circumstances surrounding today's cancelled mediation, it is also respectfully requested that the Court disband the requirement that Defendants participate in a further mediation with the Plaintiff on June 29, 2023.

Plaintiff has filed a prior criminal complaint against Defendant Mohammad in 2018 claiming sexual assault and rape as she has alleged in the current case. I was told by the detective on the matter that the claims were found to be without merit and the investigation was closed. A FOIL request was sent to the NYPD and rejected as Plaintiff's authorization for release of the records was not provided. I emailed Plaintiff's counsel the authorization for the release of the records on April 25, 2022. Since that date, I have followed up several times by phone and by email and inquired when his client would sign the authorization. The several times me and counsel spoke on the phone he indicated he was working on getting the authorization signed but that his client was in India and unable to sign until she returned. The records are crucial to Defendant Mohammad's defense in this case. It is disingenuous for Plaintiff to argue that she cannot return a signed authorization when she was ready to proceed with a virtual mediation. It is respectfully requested that the Court order Plaintiff to execute and immediately return the authorization requested.

I am available to conference this matter with the Court and I thank the Court for its consideration of this request.

Respectfully submitted,

By: _______/s/_________
Bhavleen Sabharwal, Esq.
261 Madison Avenue, Suite 1004

---

[2] "Shamoli Kapoor and Refine Gold 24/7 NY LTD v. Naila Butt and Mohammad Imtiaz Butt" bearing an index number 705163/2018 and Shamoli Kapoor and Refine Gold 24/7 NY LTD v. Mohammad Imtiaz Butt, et. al. bearing an index number 705005/2018.

[3] Defendant Mohammad is being represented by separate counsel in those other matters.

New York, NY 10016
Tel: (917) 597-5984

To: ***Counsel of record via PACER***

3/22/18 (D)

**QUEENS SMALL CLAIMS**
**89-17 SUTPHIN BLVD**
**JAMAICA, NY. 11435**
**718-262-7123**

**DATE** 3/22/ ~~2018~~ 2018

**INDEX#** 3419/2017.

**COURT DATE** 930 Am **AM/PM**

**NAME & ADDRESS:**
SHAMOLI KAPOOR
6370 AUSTIN STREET #213
REGO PARK
NY 11374.

**DEAR PRESIDING JUDGE:**

____ **THE MATTER HAS BEEN SETTLED TO MY SATISFACTION. I WISH TO DISCONTINUE THIS CASE.**

____ **I WISH TO DISCONTINUE THIS CASE.**

____ **I HAVE BEEN PAID THE AMOUNT SUED FOR, THEREFORE I WISH TO HAVE THIS CASE DISMISSED.**

____ **I HAVE BEEN PAID AN AMOUNT AGREED UPON BY BOTH SIDES, THEREFORE I WISH TO HAVE THIS CASE DISMISSED.**

____ **I HAVE BEEN PAID ______, BY CHECK. THEREFORE I WISH TO DISCONTINUE THIS CASE WITHOUT PREJUDICE WITH LEAVE TO START ANOTHER CASE IF THE CHECK FAILS TO CLEAR.**

✓ **I REQUEST AN ADJOURNMENT DUE TO THE FOLLOWING REASON:**

I have a severe back problem and doctor advised me for bed rest as I have problem and might go for surgery. Doctor note is attached for your kind consideration.

**PLEASE SIGN** Shamoli Kapoor

**SWORN BEFORE ME** 21 **DAY OF** March **20**18

**signature of notary or court employee:** (signature) SCC

Sent from my iPhone

**AUTHORIZATION FOR RELEASE OF CRIMINAL COMPLAINT RECORDS**

I, Shamoli Kapoor, DOB: ________resides at _____________________________, and hereby authorizes the New York City Police Department (NYPD) to release complaint reports, arrest records and orders of dismissal maintained by NYPD under the above stated name, specifically reports made against Mohammad Butt.

These records may be released to Law Offices of Bhavleen Sabharwal, P.C. whose address is 261 Madison Avenue, Suite 1004, New York, NY 10016.

This information is sought for the purpose of litigation and will be used solely for this purpose.

_____________________________
Signature

Sworn to before me this

_____ day of _____, 2023

__________________
Notary Public