UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAMOLI KAPOOR,

Plaintiff,

v.

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, *et al.*,

Defendants.

**ORDER**
22-CV-05027 (HG)

**HECTOR GONZALEZ**, United States District Judge:

The Court has received Defendants' letter raising disputes regarding the parties' exchange of discovery and their participation in the District's Court-Annexed Mediation Program. *See* ECF No. 53. Plaintiff's counsel shall file a letter no later than May 18, 2023, that: (i) explains in greater detail the reasons why Plaintiff could not attend the parties' virtual mediation session scheduled for May 10, 2023; (ii) explains why Plaintiff's counsel could not have informed Defendants' counsel of those circumstances prior to the day before the mediation; (iii) provides meaningful assurances that Plaintiff will attend a rescheduled mediation on June 29, 2023; and (iv) explains why Plaintiff or her counsel should not be required to pay at least a portion of the attorney's fees that Defendants' counsel incurred in preparing for the originally scheduled mediation.

The Court declines at this time to vacate its prior order referring the parties to mediation or to absolve Defendants from participating in the mediation rescheduled for June 29, 2023. However, the Court notes that this is not the first time that Plaintiff's counsel has sought an adjournment on the eve of a deadline based on representations that Plaintiff is in India and dealing with unspecified medical issues afflicting either her or her family. *See* ECF No. 29. If

Plaintiff's counsel is unable in the future to coordinate with their client to ensure the timely completion of Plaintiff's obligations in this case, then the Court will consider imposing sanctions on Plaintiff's counsel directly since Plaintiff's prolonged trips to India cast doubt on the Court's ability to enforce sanctions against Plaintiff.

The Court declines at this time to order any relief with respect to the release of criminal records sought by Defendants, *see* ECF No. 53 at 2, other than to direct the parties to confer further in good faith about this issue. The Court reminds the parties that they owe the Court a discovery update on May 22, 2023, in which they must raise any unresolved discovery disputes. *See* ECF No. 38. If Plaintiff has not provided the release requested by Defendants as of that date, then Defendants shall raise the issue again in the parties' joint letter. The Court warns the parties that if they are unable consensually to resolve their discovery disputes before filing their joint letter, the Court will not hesitate to award attorney's fees and other expenses to the prevailing party, pursuant to Rule 37(a)(5), or to impose any sanctions that may be warranted.

SO ORDERED.

*_/s/ Hector Gonzalez_*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
May 11, 2023