UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SHAMOLI KAPOOR,

Plaintiff,

22-cv- 5027 (HG)

- against –

**CERTIFICATE OF DEFAULT**

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), Jointly and Severally,

Defendants.
---------------------------------------------------------X

I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Omar Jewelers Inc., has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant Omar Jewelers Inc., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
May 11, 2023

BRENNA B. MAHONEY, Clerk of the Court

By: Jalitza Poveda
Deputy Clerk