LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

May 19, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff. We submit this letter pursuant to the Court's May 11, 2023 Order on whether Plaintiff intends to move for default judgment on Defendants Michael Matthews Jewelers of Kings Plaza, LLC, Omar Jewelers Inc., and Arif Mahmod (the "Defaulting Defendants").

Based on the reasoning in *Knowles-Carter v. Feyonce, Inc.*, No. 16-cv-2532 (AJN), 2017 U.S. Dist. LEXIS 233031 (S.D.N.Y. Sep. 23, 2017) and in *Xingyan Cao v. Flushing Paris Wedding Ctr. LLC*, No. 20-CV-2336 (RPK), 2022 U.S. Dist. LEXIS 188382 (E.D.N.Y. Oct. 14, 2022), Plaintiff will not, at this time, move for default judgment against the Defaulting Defendants. Plaintiff, rather, intends to seek this relief upon the resolution of this case against the appearing Defendants.

We appreciate the Court's time to this submission. Plaintiff will, as ordered, serve this letter upon the Defaulting Defendants and file the declaration.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)