LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

May 22, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm represents the Plaintiff. We submit this letter on behalf all parties pursuant to the Court's March 9, 2023 Order (Doc. 38).

The parties have served their Initial Disclosures, Interrogatories and Requests for the Production of Documents. After discussing various issues on these discovery requests, Plaintiff will be producing her responses by May 24 and Defendants by June 5. We do not, at this time, foresee any issues.

We appreciate the Court's time to this submission and are available to answer any questions that the Court may have.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)