RECEIVED IN PRO SE OFFICE
JUN 05 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 05 2023 ★
BROOKLYN OFFICE

Sabrina DiCaro (on behalf of Arif Mahmood)

73-11 37th Road,

Jackson Heights, New York

Cell: 917.525.7031

Sabrinamahmood13@yahoo.com

May 18, 2023

Re:  Kapoor v. Michael Matthews Jewelers of Kings Plaza LLC, et al

<u>Case No. 1:22-cv-5027 (HG)</u>

Dear Honorable Judge Gonzalez,

    I Sabrina DiCaro am writing this letter on behalf of my father Arif Mahmood. The reason I am writing on behalf of my father is because unfortunately he suffered from a stroke in December of 2021. He is in better health now but has not returned to work as it was very tough on his health. My father is the owner of Umar Jewelers and has never employed Miss. Kapoor. We only know of Miss. Kapoor through a mutual friend. We are not sure why she is claiming to have worked for us but we have not employed her at any point in time and the dates of which she claimed to have been employed our business was not even established yet as we opened our business August of 2014. Please consider my father's condition currently and please dismiss Miss. Kapoors claims against him as they are not true.

Thank you,

Sabrina DiCaro (on behalf of Arif Mahmood)

MID-ISLAND NY 117
31 MAY 2023 PM 5 L

Attn: Clerk Office (Judge Gonzalez)
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299