UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHAMOLI KAPOOR,

Plaintiff,

-against-

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), jointly and severally,

Defendants.
---------------------------------------------------------------X

**Case No.: 1:22-cv-5027 (HG)**

**NOTICE OF APPEARANCE OF EMANUEL KATAEV, ESQ. FOR DEFENDANT**

PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for Defendant Solomon Mattatov. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
August 4, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**
*/s Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendant*
*Solomon Mattatov*

**VIA ECF**
All counsel of record