UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHAMOLI KAPOOR,

Plaintiff,

-against-

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), jointly and severally,

Defendants.

----------------------------------------------------------------X

**Case No.: 1:22-cv-5027 (HG)**

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANT SOLOMON MATTATOV**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Shamoli Kapoor ("Plaintiff") and Defendant Solomon Mattatov ("Mattatov"), by and through their respective undersigned counsel, that – pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure – Plaintiff's claims against Mattatov in the above-captioned case shall be dismissed in their entirety with prejudice and without costs or attorneys' fees.

DATED: June 29 , 2023

Respectfully submitted,

[signature]

LIPSKY LOWE LLP
Douglas Lipsky, Esq.
*Counsel for Plaintiff Shamoli Kapoor*

*/s/ Emanuel Kataev, Esq.*

MILMAN LABUDA LAW GROUP PLLC
Emanuel Kataev, Esq.
*Counsel for Defendant Solomon Mattatov*

SO ORDERED:

______________________________
Hon. Hector Gonzalez, U.S.D.J.