UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAMOLI KAPOOR,

Plaintiff,

v.

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, *et al.*,

Defendants.

**ORDER**
22-CV-05027 (HG)

**HECTOR GONZALEZ**, United States District Judge:

Plaintiff's counsel has moved to withdraw from representing Plaintiff because their relationship has "irretrievably broken down" due to a "fundamental disagreement" over the manner in which Plaintiff believes her counsel should pursue this case. ECF No. 64. The motion by Plaintiff's counsel has been filed under seal because it discusses the content of attorney-client communications. The Court finds that good cause exists to maintain the motion under seal to protect Plaintiff's attorney-client privilege, especially since the Court has publicly described the substance of the reason for the motion in this order.

The Court grants Plaintiff's counsel permission to withdraw. However, the Court finds that the 90 days requested by Plaintiff to retain a new attorney is too long, particularly since Plaintiff is represented by different legal counsel in multiple lawsuits pending in Queens County Supreme Court and, therefore, should have the resources and knowledge necessary to obtain a new attorney for this case more quickly. Plaintiff shall hire a new attorney to file a notice of appearance on her behalf on or before October 6, 2023, or else Plaintiff shall file a letter by that date confirming that she intends to represent herself *pro se*. The Court warns Plaintiff that if she fails timely to retain an attorney or to indicate her intent to proceed *pro se*, or to make a

meritorious request for an extension of her deadline to do so in advance of the deadline, the Court may impose sanctions up to and including dismissing Plaintiff's claims with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Court adjourns *sine die* any open deadlines related to discovery or any of the parties' other obligations. The Court will set new deadlines for the completion of discovery if and when a new attorney appears on Plaintiff's behalf or, alternatively, will refer this case to a magistrate judge for discovery and all other pre-trial matters if Plaintiff indicates that she intends to proceed *pro se*.

Separately, the Court has received a letter from a non-party who claims to be the daughter of Defendant Arif Mahmood, who is currently in default. ECF Nos. 58, 62. She represents that her father has been recovering from a stroke that he suffered in December 2021, asserts that her father never employed Plaintiff, and requests that the Court dismiss Plaintiff's claims "against him as they are not true." ECF No. 62. Mr. Mahmood's daughter does not indicate that she is an attorney, and she therefore cannot make requests to the Court on his behalf or provide him with legal advice. Mr. Mahmood must hire an attorney to appear on his behalf on or before October 6, 2023, or else file a letter by that date, signed in his own name, indicating that he intends to represent himself *pro se* and seeks to vacate the entry of default against him. The Court warns Defendant Mahmood that if he fails timely to retain an attorney or to indicate his intent to proceed *pro se*, or to make a meritorious request for an extension of his deadline to do so in advance of the deadline, the Court may impose sanctions up to and including entering a default judgment against him.

On or before August 14, 2023, Plaintiff's counsel shall file a letter: (i) stating that he has provided Plaintiff with a copy of this order and his motion to withdraw; and (ii) providing the

primary telephone number, email address, and mailing address that he has used to communicate with Plaintiff. The Court warns Plaintiff that if she fails to advise the Court of any changes to this contact information, then that failure may also result in the dismissal of her claims with prejudice for failure to prosecute pursuant to Rule 41(b).

The Court respectfully directs the Clerk of Court to mail a copy of this order to the daughter of Defendant Mahmood who wrote a letter on his behalf. *See* ECF No. 62. The Court's staff is contemporaneously sending this order to the email address provided in that letter through the District's electronic case filing system.

SO ORDERED.

*/s/ Hector Gonzalez*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
August 8, 2023