LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

August 8, 2023

VIA ECF
The Honorable Hector Gonzalez, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Mathews Jewelers of Kings Plaza, LLC *et al.*, 1:22-cv-5027 (HG)

Dear Judge Gonzalez:

This firm is Plaintiff's former counsel. We submit this letter pursuant to the Court's August 8, 2023 Order (Doc. 67).

Pursuant to the Court's Order, I am confirming the following: (1) on August 3, 2023, I emailed to Plaintiff a copy of this firm's motion to withdraw; and (2) today, I emailed Plaintiff a copy of the Court's August 8, 2023 Order and texted Plaintiff to check her email for the Order and she acknowledged receipt.

Also, pursuant to the Order, the following is the primary contact information this firm uses to communicate with Plaintiff:

Phone: 646.945.9330
Email: kapoor12leo@gmail.com
Address: 6370 Austin Street, Unit 2B
Rego Park, New York 11374

We appreciate the Court's time to this submission and are available to answer any questions that the Court may have.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

CC: Counsel of Record (Via ECF)
Plaintiff Kapoor (Via email)