Shamoli Kapoor
6370 Austin Street
Rego Park New York
Phone: 646 945 9330

ORIGINAL

RECEIVED
AUG 10 2023
PRO SE OFFICE

August 10, 2023

**Honorable Judge Hector Gonzalez**
United State District Judge
225 Cadman Plaza east New York 11201

Re: Shamoli Kapoor V. Michael Mathew Jewelers
ECF case number **1:22-cv 05027**

Dear Honorable Judge

This is in reference to notice/ document 69 dated August 8,2023 sent by defendant's attorney Ms. Bhavleen Sabharwal P.C. Due to unavoidable circumstances, I must answer this notice as my Attorney Mr. Douglas Brian Lipsky has withdrawn from this case.

As per DEF 00148 please be advised that yes, I was the owner of Refine Gold and as per DEF00140 And DEF00141 My original designation was changed from owner to slave/ servant.

This notice is made to create confusion about **the MM Company,** for their kind information **MM stands for Michael Mathew Jewelers.** I never created this LinkedIn account, and this is a matter of investigation. I have the records of emails received from Mr. Butt and Mr. Solomon from Michael Mathew Jewelers account.

If they can change my car title to their own (Mohammad Butt) name, they can create or change anything. I am sure this fake LinkedIn account created and operated by Ms. Zuha Butt and Mr. Mohammad Butt.

If Ms. Bhavleen Sabharwal P.C. accept as true that I worked as manager at MM Company, can she or defendant prove if ever any payment made to Shamoli Kapoor. Also please see attached few sample copies of email sent to me from MMJ Jewelers. They just used me as servant without any remuneration. Slavery and trafficker are the reasons I am in this court for.

Medical authorization was signed and given before due date Mr. Douglas Lipsky but unfortunately he withdrew from the case

The reason for delay in criminal report authorization cos we were waiting from the defendant's lawyer declaration that she will not share any report with trafficker and his family.

**I am neither a lawyer nor have any knowledge about the law, so I request your good self to give me little time to find a suitable lawyer.**

Thank You.

Sincerely

Shamoli Kapoor

Shamoli Kapoor

Email: kapoor12leo@gmail.com

Cc. Bhavleen Sabharwal P.C

LinkedIn

Join now

Sign in

shamoli kapoor



fake account created by someone else

...

**shamoli kapoor**

MANAGER at M M

MMATHEW

Queens County, New York, United States

Join to view profile

10:10 4G

Inbox 2 Messages

Found in Inbox

M MMJ Jewelers 3/14/13
To: kapoor12leo@gmail.com >

## Fwd: landlord list

---------- Forwarded message ----------
From: **sal salmon** <mmjmetro@gmail.com>
Date: Fri, Mar 8, 2013 at 1:11 PM
Subject: landlord list
To: mib9357 <mib9357@gmail.com>

Please find here landlords list for pawnshop.

Raza

W
1.doc
28 KB

10:07 4G

< Inbox

Found in Important Mailbox

MO **MMJ Corporate Office** 7/12/12
To: kapoor12leo@gmail.com >

# Pawn Shop Tax returns 2010

Hi Shamoli,

Please forward these to Mr. Haider. My previous email somehow bounced back.

Let me know if you need anything else.

Thanks,

--
Hina Haider
Administrative Assistant
Michael Matthews Jewelers
2 W 45th St. Suite 1506
New York, NY 10036
T: 212-840-7078*207
F: 212-221-7383

pdf
Pawn Shop...D 2010.pdf
504 KB

pdf
Pawn Shop...D 2010.pdf
583 KB

pdf
Pawn Shop...D 2010.pdf
584 KB

pdf
Pawn Shop...D 2010.pdf
504 KB