rev. 7/08
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Clerk's Office
Filed Date: October 2, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

-----------------------------------------------------------X

Shamoli Kapoor

Plaintiff,

-against-

Michael Matthews Jewelers of Kings Plaza, LLC et al

Defendant(s).

-----------------------------------------------------------X

**REQUEST TO PROCEED *IN FORMA PAUPERIS* IN SUPPORT OF THE APPLICATION FOR THE COURT TO REQUEST COUNSEL**

1:22 CV 05027 (HG)

I, Shamoli Kapoor (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   not employeed

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   November 2016, Victim of labor & human trafficking didn't receive any pay.

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   no.

   a) Are you receiving any public benefits? ☐ No ☒ Yes, $ 1350 estimated

   b) Do you receive any income from any other source? ☒ No ☐ Yes, $

4. Do you have any money, including money in a checking or savings account? If so, how much?

$200.00

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

[X] No [ ] Yes, $ Rented apartment govt pay the rent im on public assistance.

6. Do you pay for rent or for a mortgage? If so, how much each month?

[ ] No [ ] Yes, $ Im on Public assistance, govt helps paying my rent

7. List the person(s) that you pay money to support and the amount you pay each month.

N/A

8. State any special circumstances which the Court should consider.

Im a victim of labor & human trafficking and Sexual abuse, whatever I had has been taken & Stolen by my traffickers & their family members now I am left with public assistance.

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Oct 2, 2023

Shamoli Kapoor
*Signature*

*rev. 7/08*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------- X

Shamoli Kapoor

Plaintiff,

-against-

Michael Matthews Jewelers of Kings Plaza, LLC et al

Defendant(s).

---------------------------------------------------- X

**AFFIRMATION OF SERVICE**

1:22 CV 05027 (HG)

I, Shamoli Kapoor (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) Bhavleen Sabharwal Law office of Bhavleen Sabharwal

whose address is: 27 Centre View Drive Oyester Bay, NY 11771

by Certified mail
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: Oct 2, 2023

Shamoli Kapoor...
*Signature*

63 70 Austin street #2B
Address

Rego Park NY 11374

City, State & Zip Code

*rev. 7/08*