UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAMOLI KAPOOR,

Plaintiff,

v.

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, *et al.*,

Defendants.

**ORDER**
22-CV-05027 (HG)

**HECTOR GONZALEZ**, United States District Judge:

The Court, after granting the application filed by Plaintiff's former counsel to withdraw because their relationship had "irretrievably broken down," ordered Plaintiff, on or before October 6, 2023, either to hire a new attorney or to file a letter indicating that she intends to represent herself *pro se*. ECF No. 67. Since then, the Court has received multiple letters from Plaintiff asking the Court either to appoint new counsel for her or to order her prior attorney to resume representing her. ECF Nos. 70, 72, 73, 74. A litigant has no constitutional or other right to counsel in a civil case, and the Court can neither pay an attorney to represent Plaintiff nor compel an attorney, including Plaintiff's former attorney, to represent her *pro bono*. The Court therefore denies Plaintiff's requests to appoint counsel, and Plaintiff will need to continue participating in this case *pro se* unless she retains an attorney at a later date.

Since Plaintiff is now *pro se*, the Court refers this case to Magistrate Judge Merkl for discovery and all other non-dispositive pretrial matters, including setting a new schedule for the completion of discovery. The Court therefore denies Defendants' request to hold a conference regarding their assertions that Plaintiff's former attorney violated Rule 11 and Defendants' inquiries about obtaining from Plaintiff releases of criminal and medical records. *See* ECF No.

69. Defendants may renew their request with Judge Merkl, and the parties shall direct all future correspondence regarding discovery and other non-dispositive issues to Judge Merkl. The Court warns Plaintiff that if she fails to participate in discovery or to comply with any orders issued by Judge Gonzalez or Judge Merkl, the Court may impose sanctions, including monetary sanctions, up to and including dismissing Plaintiff's claims with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Court respectfully directs the Clerk of Court to mail a copy of this order to the *pro se* Plaintiff. The Court's staff is contemporaneously sending this order to the email address provided in Plaintiff's most recent letter, *see* ECF No. 73, through the District's electronic case filing system.

SO ORDERED.

*/s/ Hector Gonzalez*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
October 3, 2023