ORIGINAL

RECEIVED
OCT 18 2023
PRO SE OFFICE

Shamoli Kapoor

6370 Austin street
apartment 2B
Rego Park, NY 11374.
646-945-9330
Kapoor12leo@gmail.com

18 October 2023
Honorable Judge Taryn A. Merkl
Case number 1:22 cv 05027

Subject: Address update

My name is Shamoli Kapoor resident of
6370 Austin street
apartment 2B
Rego Park, NY 11374.
This a humble request to please update my address in my court file.
Documents sent by the court to my apartment did not reach me and service was returned because a part of my home address was missing.
Thank you for your help and patience
Warm regards,

Thank you

Sincerely

Shamoli Kapoor
Shamoli Kapoor...