ORIGINAL

RECEIVED
OCT 18 2023
PRO SE OFFICE

Shamoli Kapoor
6370 Austin street
apartment 2B
Rego Park, NY 11374.
646-945-9330
Kapoor12leo@gmail.com

18th October 2023

Honorable Magistrate Judge Taryn A. Merkl

United state District Judge

Ref: ECF Case Number 1:22 CV-5027

Dear Honorable Judge

On October 2,2023 I requested Honorable Judge Hector Gonzalez to provide and or appoint an attomey as my lawyer Mr. Lipisky abandoned my case in middle of the trial and unfortunately my request was denied.

Regrettably neither I have fund to hire a prominent lawyer nor have knowledge about law to challenge my Opponents. I'm not law graduate & now don't know who will take deposition and discoveries on my behalf. I have no idea about how discoveries or deposition works. Obliviously without lawyer's help it's going to be one sided case.

It took me years to bring my case on calendar but after coming to this stage don't want to lose my case and self-confidence. I have been fighting this case for so long to get justice and to show the true faces of these culprits to the public so that they don't commit same crime again.

Presently I'm burden on government and society as getting financial helps fromcity and state. If I get justice I could stand again on my feet and do my part as good American citizen.

I have discussed my case with few lawyers everyone in the opinions to more time to study the case.

I'm living in the country where justice always prevail. So, I request your honor to review & reconsider to give me another chance to find another lawyer with appropriate extension of time and or appoint an attorney for my ongoing case.

Thank you.

Sincerely

Shamoli Kapoor...

Shamoli Kapoor