# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


October 24, 2023

Judge Taryn A. Merkl
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Shamoli Kapoor v. Michael Matthew's Jewelers LLC, et. al.
1:22-cv-05027

Dear Judge Merkl:

I represent defendants Mohammad Butt ("Defendant Mohammad"), Naila Butt ("Defendant Naila"), Laraib Butt ("Defendant Laraib"), and Zuha Butt ("Defendant Zuha") (collectively "Defendants") in the above-referenced matter. As ordered by this Court on October 4, 2023, I write this joint[1] status report to inform the Court about anticipated timelines for the completion of discovery and advise the Court about Defendants' willingness to engage in a mediation or a settlement conference before the Court.

I received email correspondence from Plaintiff's former counsel on July 31, 2023, citing discovery deficiencies relating to interrogatories and production exchanged by Defendants. Accordingly, Defendants served Plaintiff with Revised Responses and Objections to Plaintiff's First Request for Production on October 24, 2023. Defendants will serve revised responses to Plaintiff's Request for Interrogatories by October 27, 2023.

Revised Responses to Defendants' Request for Production was served by Plaintiff's former counsel on August 4, 2023. A number of Plaintiff's responses responsive to Defendant's Request for Production, as noted in my first deficiency letter and email to Plaintiff's counsel on August 7, 2023, remain deficient as Plaintiff has withheld documents, but the withheld documents are relevant and material to Defendants' defenses. For example, Defendants have demanded information about Plaintiff's immigration status (Request 20), information about Plaintiff's employment (Request 27), and authorizations for medical records (Request 30) which are requests that are outstanding. Defendants have also previously requested that Plaintiff reference which

[1] I have not consulted with Plaintiff regarding the contents of this correspondence.

documents are responsive to which Request and this has not been done by Plaintiff. Defendants previously sought an authorization for criminal records from Plaintiff. That request is withdrawn.

It is anticipated that I will take the deposition of Plaintiff thus far while respectfully reserving the opportunity to take depositions of additional individuals who become relevant based upon what is learned from Plaintiff's deposition. If the matter proceeds without any further stays provided to Plaintiff in order to obtain counsel, it is anticipated that Defendants can complete fact discovery by June 3, 2024.

Defendants are willing to participate in a settlement conference before the Court subject to the Court's availability. Defendants respectfully request that the settlement conference take place before the conclusion of fact discovery in order to avoid the additional time and expense associated with oral and written discovery.

I look forward to discussing the issues referenced above with the Court during the status conference on October 31, 2023.

Respectfully submitted,

By: /s/___________________
Bhavleen Sabharwal, Esq.
261 Madison Avenue, Suite 1004
New York, NY 10016
Tel: (917) 597-5984
Email: Bsabharwal@Bsablaw.com

TO: Via Electronic correspondence

Shamoli Kapoor
kapoor12leo@gmail.com