UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SHAMOLI KAPOOR,

*Plaintiff,*

—against—

MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, OMAR JEWELERS INC., MOHAMMAD BUTT, NAILA BUTT, LARAIB BUTT, ZUHA BUTT, SOLOMON MATTATOV, ARIF MAHMOD, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities), and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals), Jointly and Severally,

*Defendants.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL

Civ. 1:22-cv-05027 (HG)(TAM)

To the Clerk of this Court and all parties of record:

Enter my appearance as pro bono counsel in this case on behalf of:

SHAMOLI KAPOOR for the limited purpose of settlement. I certify that I am admitted to practice in the State of New York and the U.S. District Court for the Eastern District of New York.

I have undertaken this representation at the request of the City Bar Justice Center's Federal Pro Se Legal Assistance Project.

Commack, New York
December 7, 2023

/s/ Nadia. M. Pervez
Nadia M. Pervez, Esq. (NP-5388)
Pervez & Rehman, P.C.
*Attorney for the Plaintiff*
6268 Jericho Turnpike, Unit 8
Commack, NY 11725
(o) (631) 427-0700
(f) (631) 824-9020
npervez@pervezrehman.com