AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Shamoli Kapoor
*Plaintiff*
v.
Michael Matthew Jewelers of Kings Plaza, et. al.,
*Defendant*

Case No. 22 CV 5027 (HG)(TAM)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shamoli Kapoor as pro bono counsel for proceedings in this Court .

Date: 01/18/2024

/s/ Joshua J. Lax, Esq.
*Attorney's signature*

Joshua J. Lax, 4710455
*Printed name and bar number*

225 Broadway, Suite 715
New York, New York 10007
*Address*

jlax@fgdmlaw.com
*E-mail address*

(212) 566-6213
*Telephone number*

*FAX number*