FASULO GIORDANO & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

January 18, 2024

**BY ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,***
**Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write with the consent of Defendants' counsel, Bhavleen Sabharwal, Esq., to respectfully request a three-week extension of the time to submit a status report from January 19, 2024, to February 9, 2024. The basis of this request is that I was retained as *pro bono* counsel for Ms. Kapoor this afternoon, January 18, 2024, and although I have an understanding of the facts and circumstances that underlie the claims in this case, I require additional time to develop a deeper understanding of the nuances and issues in this matter. I have conferred with Ms. Kapoor's prior counsel, Nadia Pervez, Esq., in addition to defense counsel. My understanding is that several issues surround both discovery and any potential settlement negotiations. As a result, I respectfully request an extension to become better acquainted with these issues, conduct follow-up discussions with defense counsel and Ms. Kapoor, and to be able to advise the Court whether further mediation or a settlement conference would be worthwhile or propose a schedule for the completion of discovery.

I thank the Court for its consideration of this application.

Respectfully submitted,

Joshua J. Lax, Esq.

CC: All Counsel (By ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724