FASULO GIORDANO & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

February 9, 2024

**BY ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

***Re: Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,***
**Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write jointly with Defendants' counsel, Bhavleen Sabharwal, Esq., pursuant to the Court' January 23, 2024, Order directing the parties to submit a status report on discovery, settlement discussions, and whether this matter should proceed to a settlement conference or mediation. With regard to discovery, Plaintiff has provided additional follow-up items requested by Defendants. Plaintiff also produced an additional 525 documents and is gathering and producing additional materials. Plaintiff also served both a deficiency letter and additional requests on Defendants. Defendants are reviewing these items. Defendants have communicated with Plaintiff regarding deficient items in Plaintiff's discovery and have also requested a few additional documents which will be served in a formal request by February 13, 2024.

Regarding settlement, the undersigned has begun evaluating a response to Defendants' settlement offer. Plaintiff's view, however, is that additional paper discovery must be completed on both sides for the parties to make an honest valuation of this matter and to also allow the parties additional time to evaluate each their respective claims and defenses

Based on the foregoing, the parties respectfully request that paper discovery continue with another status report to be filed in 45 days. Alternatively, the parties are available at the Court's convenience to appear for a status conference to discuss the state of discovery in this case.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

/s/

Joshua J. Lax, Esq.

CC: All Counsel (By ECF)