UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| SHAMOLI KAPOOR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC, et al,<br><br>Defendants. | Case No. 1:22-cv-05027-HG-TAM<br><br>Brooklyn, New York<br>October 31, 2023<br>12:46 p.m. |

TRANSCRIPT OF TELEPHONIC CONFERENCE HEARING
BEFORE THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Shamoli Kapoor, Pro Se<br>6370 Austin Street<br>Apartment 2B<br>Rego Park, NY 11374 |
| For the Defendants: | Bhavleen Sabharwal, Esq.<br>Law Office of Bhavleen Sabharwal, P.C.<br>27 Centre View Drive<br>Oyster Bay, NY 11771 |
| Also Appearing: | Mohammed Butt<br>Naila Butt<br>Zuha Butt<br>Laraib Butt |
| Clerk: | ALG |
| Court Recorder: | Electronic Sound Recording |
| Transcription Service: | Chris Hwang<br>Abba Reporting<br>PO Box 223282<br>Chantilly, Virginia 20153<br>(518) 302-6772 |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

(Call to order at 12:46 p.m.)

THE CLERK: This is civil cause for a status conference, docket 22-CV-5027, Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC, et al.

Before asking the parties to state their appearance, I would like to note the following. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and re-broadcasting of court proceedings.

Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Will the parties please state their appearances for the record, starting with the Plaintiff?

THE COURT: Is the Plaintiff here?

MS. KAPOOR: Yes, yes, good afternoon, ma'am.

THE COURT: And what is your name, ma'am?

MS. KAPOOR: Shamoli Kapoor.

THE COURT: Okay, thank you.

And for the Defendants?

MS. SABHARWAL: Good afternoon, Your Honor, Bhavleen Sabharwal of the Law Office of Bhavleen Sabharwal for Defendants Mohammad Butt, Naila Butt, Laraib Butt, and Zuha Butt.

THE COURT: Okay, so we're here today for a conference because this case has been referred to me by Judge Gonzalez.

I think that I need to get up to speed a little bit with regard to the parties' current back and forth on discovery and what the parties are trying to accomplish.

I'm joining the case a little bit late. So, Ms. Kapoor, I want to ask you first as the Plaintiff why you brought this lawsuit and what you're hoping to accomplish with it?

And then after that, I'd like to hear kind of where things stand. So can you just give me a little bit of background?

MS. KAPOOR: Yeah, ma'am, thank you very much for giving me a chance to speak. I thought that I won't be able to get a chance.

I brought this case because I work with this company since 2009 til 2016. And this -- not only the company, but these people in the family has not paid my salary, but also abused me physically, sexually, mentally.

Somehow I was (indiscernible) business. They took each and every single penny out from my account, put my car title on their name. I was their chauffeur and a driver. And they took -- transferred my safe deposit boxes to their name.

I was not allowed to empty my safe deposit boxes. My

money were taken out from my Chase Bank. Chase Bank gave me a fraud report that my money has been gone to Naila Butt's account.

And they used my credit card many places to buy their furniture stuff. They beated to me an extent. They have my documents in their possession. I was not allowed to leave. He tried to sell me in the market to other people, sexually abused me for years, and left me with nothing. And they treated me like a piece of a flesh.

I'm alone in this country. I have not been -- right now, I'm on public assistance. Somehow I came to the Court, reported the matter wherever I can, whatever I could do it because I didn't have too much knowledge about law or other people -- ew people guided me.

Few -- so I -- now I'm here in the Court, but somehow my lawyers Mr. -- former lawyer Mr. Lipsky, he left the case in the middle and I'm stuck.

I do not have knowledge about how to answer Ms. Bhavleen Sabharwal documents, but one thing the Honorable Court and Ms. Sabharwal ask me that do I have proof to -- that I work for this person for so many years?

I have all the documents, proof recordings and stuff, which is through my employment. And the paperwork I can prove is that I have been abused for years. This is the main reason I brought the case.

And I need help and guidance. And I have been -- he left nothing with me. I was just penniless and he left me.

And I need help, ma'am. I don't know how to proceed further. I really don't know how to -- how I'm going to move forward about -- after this.

THE COURT: All right, and I did see that you had filed a letter on October 18th requesting an extension of time to look for an attorney or to appoint an attorney. Could you tell me a little bit about that? Are you still trying to find somebody?

MS. KAPOOR: Yes, Your Honor. I am still looking for a lawyer. I have contacted many departments, Legal Aid, NYLAG, Legal Services, Sanctuary for Families, many other outside the department also.

I have -- I've been trying, but everybody was saying that your case is in the middle and we have really less time to study the case. We need time to study and then we can say yes or no about the case, that they can take it or not.

They are saying that you have a potential case, but at the same time, they're saying we do not have time to represent you. We need more time.

And at that time, my deadline was 6th October. I'm still contacting them these -- Your Honor, I really need help.

This is not because about money or something. It's about showing the true color to the world of this family and

the company.

They have -- what they have done with me, I'm still alive. Maybe the other person won't get a chance to come to court.

And this is a family of six. I haven't taken the -- his (indiscernible) because they never told me to do anything, but the daughters were involved in each and every thing. That's why I got their name.

They (indiscernible) line in my house. They shifted -- they filed a police complaint against me, got me arrested on a false complaint that I have been calling on his cell number.

Actually, the phone was mine. I have all the proof, supported the matter later. Then they -- after they get order protection, Mr. Butt and his family was 24/7 on top of my head.

I was hostage and captive in my own apartment. I have gone through hell. I lost my mental balance. I'm not the same person I was before.

I -- my -- they are threatening me, my family back home. They are -- somehow they got -- they have reached my family back home, calling my relatives and threatening them.

They are calling the co-workers and telling them that we will kill you. You just go and tell -- say that she was not a good girl or whatever.

The co-workers called me and they said that we do

not -- she hasn't done anything wrong in front of us. How can we say? They said that, oh, you don't have to worry anything. You just have to come with us to a lawyer's office and my lawyer will tell you what to say. You just to repeat that in front of the Court.

A few co-workers called me. A few of my friend circle called me. One of my friends -- friend and his cousin went with me to the precinct also to report the matter that they have been bribing us and told the detective that this is going on and he has been calling us what to do.

Just few days back, a co-worker called me. They've been two to three weeks.

I -- I'm scared about this. I can prove that I worked. I have all the documents, his own statements, and recordings, which would prove that he made me work, but never paid me.

And on top of that, then I wanted to go, he was holding my documents, my stuff. He was threatening me after taking order of protection and he got me arrested, he said that if you will not obey me or -- then I will deport you back.

And at that time, my green card interview was right on top of my head. I didn't know what to do.

I have been trapped. He left me. (Indiscernible) he took each and every thing out. I want honorable judge to please order them to bring their safe deposit boxes and the

account information and you will get to know how much money they used to have before they took money from me.

They snatched money -- they've snatched my money. They took out my money from my account and this or that. Let the Court and let the Court know how much money they used to have in their bank accounts.

I came with a lot of good energies to start my life. I was young, energetic, and he just broke me into pieces. And I'm not the same person. I'm running here and there hiding myself so that he should not get me.

They have -- they threatening me that if I won't take the case back or if I won't take his daughter's name out, they will harm me and my family.

THE COURT: Ms. Kapoor?

MS. KAPOOR: I'm just --

THE COURT: This sounds like a very, very difficult situation that you've been going through and I am sympathetic. At this moment, I'm not sure what, if anything, the Court can do in terms of helping you to find new counsel, but I do think that you could benefit from counsel.

As I'm sure you know, the Court cannot require counsel to represent you on a pro bono basis, but I, you know, do think that you should speak to somebody.

Have you ever tried to speak to anybody at the pro bono project here in our courthouse? We have a program on the

first floor of the courthouse. It's called the City Bar Justice Center.

And they have a pro bono lawyer there every day, who can help give you some guidance. And they probably can't represent you, but they might be able to help you find somebody.

Have you ever considered going to the City Bar Justice Center's pro bono desk here in our courthouse?

MS. KAPOOR: Your Honor, I've been to the pro bono. From there, they tried to help me with the Legal Aid, but due to the deadline of 6 October, Legal Aid said that they need more time to study my case at that time, that's the -- that's one of the reasons they refused to take my case.

Another two to three lawyers outside on competency list as I tried, but everybody was saying that (indiscernible) is right over there, that (indiscernible) is right over here. They can't represent me. They need time to study my case.

THE COURT: Right. I mean, it is -- it does sound like there are some complicating things in your case. And you know, proceeding without a lawyer is obviously very difficult.

We do have many people who try to do that. And it is possible, but it's hard. And it's more time consuming for you because you have to learn a lot of new things, as well as going through what you are already going through. It's just a lot. It's a lot.

So, you know, I would like to hear a little bit from Ms. Sabharwal as to kind of where things stand procedurally in the case. And then, I'd like to sort of develop an idea of the timeline.

Ms. Sabharwal, one thing I'd like to know is if you object to giving Ms. Kapoor some sort of a brief extension to continue her search for counsel? So, Ms. Sabharwal, where do things stand in this case procedurally and what are your thoughts on timing?

MS. SABARHAL: As far as where things stand procedurally, Your Honor, the -- I would say the bulk of discovery, paper discovery, has been completed.

There are a number of discovery items, which I would need updated responses to. I have supplemented my document responses and my responses to interrogatories based on counsel's last email to me before he withdrew his representation.

I have just a few items that need supplementing. And I would also like the 650 pages of documents that were produced to be itemized and, you know, correspond to the request that Plaintiff is responding to.

I understand she doesn't have counsel though if she's unable to do that, I will go through the documents myself and figure out what goes with what.

As far as depositions at this point, I would only

like to depose Plaintiff and would like to reserve my right to depose anyone further based on her testimony.

As far as Plaintiff's request to seek additional time to retain counsel, I mean, she has made, and I'm sure Your Honor's aware of this, multiple requests to Judge Gonzalez. And Judge Gonzalez essentially, you know, ruled in the last order or the one before that that, you know, Plaintiff has the resources to obtain counsel.

This is the third lawsuit she's filed against my client, Mohammad Butt, within the last five years. This is the first lawsuit where the daughters have been named as Defendants, but the Supreme Court action in Queens that's currently taking place, there was a deposition held for that matter I believe two weeks ago. So Plaintiff does have counsel for that matter.

A lot of the claims in that matter are similar to this matter. I read the deposition transcript. She also makes the same claims of sexual assault, you know, similar claims of human trafficking.

So, I mean, I think that attorney is fully capable of handling this matter. I don't know why they haven't been retained.

But nonetheless, timing is a really big issue for me in this case, Your Honor. Before counsel withdrew his representation, I did serve him with a Rule 11 notice.

And the basis for that Rule 11 notice was that there was absolutely zero proof in the record that the two daughters and even the wife Naila, but for that matter Laraib and Zuha, you know, human trafficked the Plaintiff from 2009 to 2016 when Plaintiff claims that she was trafficked and, you know, forced to work as a domestic servant.

Zuha, during much of this time, was in high school. Laraib is a member of the New York State Bar. So she was clerking for a law firm in Dubai and she was clerking at several other law firms.

And now, she's a partner at a law firm in Long Island. So Laraib's concerns, the longer this matter goes on, is that she's suffering damages to her reputation. And I'm in the process of computing how much she's lost financially.

And I wanted to ask the Court for permission for leave to file counterclaims against the Plaintiff for Laraib's damages.

MS. KAPOOR: Your Honor, can I say something?

THE COURT: Yes.

MS. KAPOOR: Your Honor, Laraib Butt and Zuha Butt were home at the nighttime. And they made me work after my job hours in their house doing facials, waxing, body massages, cleaning their apartment -- sorry, cleaning their rooms and their cabinets.

And not only this, Laraib Butt made me -- took me to

her friend's house to (indiscernible) parties till 4 midnight. All the proof and the names will be provided.

And Zuha also did the same. They used to have parties, then they go out with family cousins. After returning home, not only Naila Butt made me do massages for her, but her aunt, who used to come from Pakistan, Shahazdi Majima (phonetic), their sister -- Laraib's sister-in-law Sara Biki (phonetic), everybody including Naila, we are tired. Can you please massage our legs? My body's hurting me. Now you have to do it.

If she's saying -- Ms. Sabharwal is saying that Laraib is in -- she's a lawyer not yet. She is a lawyer, but she has no chances to abuse people with that.

Zuha was in college, but doesn't mean that they were not abusing or not making me work for free. They never paid me.

Laraib purchased her bedroom set and furniture (indiscernible) in my apartment. Few of their clothes are also here in my apartment. They -- everybody was saying all the departments wherever I've been going for therapy throw the stuff out.

I said, no, this is my proof. I won't throw anything out. Laraib, Naila, Zuha, including (indiscernible), but they all abuse me. They take me and I have brought a 24/7 including their friends, relatives who are coming over here. They were

not leaving, not even for a minute to go out alone. I was hostage working for them --

THE COURT: Ms. --

MS. KAPOOR: (Indiscernible.)

THE COURT: Ms. Kapoor, Ms. Kapoor, I don't want to cut you off, but I also need you to understand that nothing today is going to be deciding what is true or not true in your case, okay?

What we're here today to decide or try to figure out is next steps to move the case forward. My concern, Ms. Sabharwal, about timing is that without counsel, I can promise you this case will take five times longer than it would with.

So your concerns about timing as a response to the question of whether or not she should be afforded some opportunity to obtain counsel seems a little bit misplaced.

I have many cases on the pro se track. And they invariably take much, much, much longer to resolve than cases that are counseled, because it is very difficult for people who are not trained in the law to proceed in federal court.

It is also very difficult for the Court to rule definitively in pro se cases due to the 2nd Circuit's clear strictures that we're to interpret all things pro se very liberally and give pro se litigants multiple opportunities to correct and amend their filings.

So, you know, I'm not sure what your purpose is in

suggesting that timing should weigh into my calculation as to whether or not to give her some time to seek to obtain counsel.

What I do want to understand, Ms. Kapoor, is whether or not there is counsel that could be involved. You mention -- Ms. Sabharwal mentioned that you have an attorney in a state court case, who has some familiarity with this -- the issues in this case. Is there any possibility that that person is available to assist in this case as well?

MS. KAPOOR: Your Honor, those are my competency basis cases. And I spoke to Mr. Rosenberg (phonetic) and Mr. Smith (phonetic). They said that they are not hourly and wage lawyer. They cannot take this case.

And now I'm -- I -- the first thing I spoke to them about the case, but they are they said that we are not labor lawyers. You have no idea about them -- that.

THE COURT: I'm sorry, what -- I'm sorry Ms. Kapoor, please slow down. They are not what kind of lawyers?

MS. KAPOOR: They are not wage and hour -- they are not -- they cannot file a labor case. They are not -- they do not have -- they're not specialized in that.

THE COURT: I see, okay.

MS. KAPOOR: And --

THE COURT: All right, so Ms. Kapoor, as I said, we're not here today to take testimony or have a hearing about what happened.

And I know that this is very hard. And so, thank you for sharing with me what you went through, what brought you to come to Court.

What I'm sort of at a loss, though, in figuring out is what makes sense to do next, right? There are some discovery has happened in your case, meaning that the lawyers exchanged various documents and evidence.

I don't know if you have all of that stuff or if your prior attorney has all of that stuff. Do you have the file from your counsel or did he keep the file thinking you would get new counsel?

MS. KAPOOR: No, he haven't (sic) given me the file. I asked him yesterday to please give me the file. He gave me a link that is not opening.

I asked again, but can you please give me the file, the paperwork I can come and pick it up? He said he doesn't have it, try to use this link only.

I tried, but it's not working, but I will go and speak to him that I need my client file. I do not know what is missing or what's not missing. I have nothing with -- in hand with me.

THE COURT: Okay, the other thing I would like -- so that's a significant issue that you don't have the file.

Another thing that I want to understand is, you know, you mentioned an interest in trying to get a lawyer. How much

time do you think you would need to try to figure out whether or not you're going to be able to get a lawyer?

MS. KAPOOR: Your Honor, it just depend upon somebody to understand the case. I can go back to Legal Aid and few other lawyers where I've been, who said me that due to time limit, we cannot take the case.

THE COURT: So my inclination, Ms. Kapoor, is to give you three or four weeks to get the file from Mr. Lipsky and also try to figure out whether or not you're going to be able to have counsel come in on the case.

With your permission, I will all -- I can also circulate the case information to our pro bono panel of lawyers in the Court.

It's possible that somebody would be willing to take the case, but I cannot promise that. Would you like me to do that if a lawyer were to --

MS. KAPOOR: Yes.

THE COURT: -- contact you, would you like me to circulate your case to the pro bono panel?

MS. KAPOOR: Yes, ma'am. Yes, Your Honor.

THE COURT: Okay. So I understand your concerns about timing, Ms. Sabharwal, but I really do believe that this case would be much better served if we're able to try to locate an attorney for Ms. Kapoor, whether she's able to find one on her own, or whether or not somebody from the pro bono panel

would pick it up, or somebody from one of the NGOs that handles these kinds of situations. So what I would like to do is put the case over for three to four week time period.

Ms. Chan, what can you give me in about three or four weeks for a date for us to re-group?

THE CLERK: Wednesday, December 6 at 4:00 p.m.

THE COURT: Would that work for you, Ms. Kapoor, to call back on Wednesday, December 6th at 4:00 p.m.?

MS. KAPOOR: Your Honor, I have a court date on 6th of December. Can I get it little further?

THE COURT: Ms. Chan?

THE CLERK: The next day, December 7th at 4:00 p.m.

MS. KAPOOR: Yes, Your Honor.

THE COURT: Ms. Sabharwal, does that work for you?

MS. SABHARWAL: Yes, Your Honor.

THE COURT: Okay, so this is what I would like you to do, Ms. Kapoor. I need you to work on figuring out if you're going to be able to find counsel.

In the meantime, I will circulate the case information to our pro bono panel. As I said, I cannot promise that somebody would -- will be interested in the case, but I will certainly put the case information into our pro bono list and see if they're able to find somebody for you.

By December 7th, I'd like to have an update as to your efforts to locate counsel. And if you are not able to

locate counsel, you may need to proceed in this case pro se if you're unable to find a lawyer and we can't find a lawyer for you.

Pro se, you know, representing yourself in a case like this is difficult, not only legally, but also emotionally. As today showed, you know, there's obviously, you know, a lot that happened in -- from your point of view. And I can -- I think it would really hard for you to act as the lawyer in this case and also really the central witness most likely.

So I really do want to encourage you to discuss with your state court lawyers if they have anybody they can help you find, continue to have your conversations with legal aid, Sanctuary for Families, NYLAG, various organizations you mentioned, you know, if there's somebody from those organizations was interested in representing you.

And I will circulate the information to the pro bono panel. Hopefully by February 7th, we'll have a little bit more guidance or clarity about what it -- whether or not a counsel will be able to come in on the case.

With regard to the mention that you had, Ms. Sabharwal, with respect to amending the answer, I think we're going to need to table that and figure out this initial thing first, okay?

MS. SABHARWAL: Okay, Your Honor.

THE COURT: All right, so Ms. Kapoor, we're going to

have another call on December 7th at 4:00 p.m. You can call this same number that you called today. And hopefully, you'll have some news for me about whether you're able to get a lawyer.

And as I said, in the meantime, we will circulate your case information to the pro bono panel. If somebody contacts you from that panel, that will be the reason that they're contacting you, because we're going to submit the case information, okay?

MS. KAPOOR: Okay, Your Honor, thank you very much. Thanks. God bless you.

THE COURT: Okay, well, thank you and I wish you both well. We'll meet -- we'll have another all on February -- December 7th at 4. Thank you so much. Take care and stay safe.

MS. SABHARWAL: Thank you, Your Honor.

MS. KAPOOR: Thank you.

THE COURT: Thank you. Bye bye.

(Proceedings concluded at 1:16 p.m.)

**CERTIFICATE**

I, Chris Hwang, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

/s/ *Chris Hwang* ____________________ June 27, 2024

Chris Hwang Date

Court Reporter