# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1063
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

July 16, 2024

Honorable Magistrate Judge Merkel
United States District Court
Southern District of New York

    RE:    Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC, et. al.,
22 CV 5027 (HG)(TAM)

Your Honor:

I am writing on behalf of defendants Mohammad Butt ("Defendant Mohammad"), Naila Butt ("Defendant Naila"), Laraib Butt ("Defendant Laraib"), and Zuha Butt ("Defendant Zuha") (collectively "Defendants") in the above-referenced matter. Pursuant to the guidelines set forth in the Individual Practices, I respectfully request an adjournment for the filing of the parties' joint status report, due today July 16, 2024 pursuant to the Court Order issued on July 9, 2024.

This is my first request for an adjournment with respect to the filing of the joint status report. The reason for this request is I need additional time to confer with my clients about the pending discovery demands made by Plaintiff which will be addressed in the joint status report. Plaintiff's counsel has consented to the request.

It is proposed that the new deadline for filing the joint status report be on or before July 19, 2024.

I appreciate the Court's consideration of this request.

                                                    Respectfully submitted,

                                                    By: _____/s/_____
                                                    Bhavleen Sabharwal, Esq.
                                                    261 Madison Avenue, Suite 1063
                                                    New York, NY 10016
                                                    Tel: (917) 597-5984
                                                    Email: Bsabharwal@Bsablaw.com

Via ECF:

All counsel