# Law Office of Bhavleen Sabharwal, P.C.

261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984


July 24, 2024

VIA ECF:

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: **Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC, et. al., 22 CV 5027 (HG)(TAM)**

Your Honor:

I write as counsel for defendants Mohammad Butt ("Defendant Mohammad"), Naila Butt ("Defendant Naila"), Laraib Butt ("Defendant Laraib"), and Zuha Butt ("Defendant Zuha") (collectively "Defendants") in the above-referenced matter to respectfully request that the status conference currently scheduled for August 1, 2024 at 10:30 am be scheduled for another date. The reason for this request is that I have scheduled a mediation that same day.

I am available on any other day in August, with the exception of August 5, 2024. I have conferred with opposing counsel, Joshua Lax, Esq., who has informed me that he is unavailable on August 2 and on August 7 through August 9, 2024.

We appreciate the Court's consideration of this request.

Respectfully submitted,

__________/s/____________

Bhavleen Sabharwal, Esq.