

Joshua Lax
Partner, Civil Rights Litigation
Jlax@liakaslaw.com
P: (212) 937-7765
F: (877) 380-9432

Liakaslaw.com
40 Wall Street
50th Floor
New York, NY 10005

New Jersey Office
576 Main Street
Suite C
Chatham, NJ 07928

July 26, 2024

**VIA ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:** **Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC, et. al., 22 CV 5027 (HG)(TAM)**

Your Honor,

    I write jointly with counsel for Defendants, Bhavleen Sabharwal, Esq., pursuant to the Court's July 9, 2024, Order directing the parties to submit a proposed schedule no later than July 26, 2024. The parties have conferred and propose the following schedule:

- Fact Discovery Complete: November 27, 2024
- Status Letter as to Whether Parties Need Expert Discovery: December 2, 2024
- Deadline for Any Party to File a Pre-motion Letter if No Expert Discovery: December 13, 2024;
- Deadline to Submit JPTO if no Pre-motion Letter is Filed: January 31, 2024.

                      Respectfully submitted,

                      /s/

                      Joshua J. Lax, Esq.

CC:    All counsel (By ECF)