# Law Office of Bhavleen Sabharwal, P.C.
261 Madison Avenue, Suite 1004
New York, NY 10016
Email: Bsabharwal@bsablaw.com
(917) 597-5984

July 24, 2024

Via ECF:

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC, et. al., 22 CV 5027 (HG)(TAM)

Your Honor:

I write on behalf of Defendants Mohammad Butt, Naila Butt, Laraib Butt, and Zuha Butt (collectively "Defendants") regarding Plaintiff's application to the Court seeking further discovery from Defendants [DE 89]. Contrary to Plaintiff's assertions, the items claimed to be outstanding were in fact addressed in Defendants' supplemental discovery response dated May 23, 2024 ("Supplemental Response") (Ex. A). The Supplemental Response is not attached to Plaintiff's motion, rather Plaintiff attaches the initial responses to discovery demands served on February 7, 2024 (Plaintiff's Ex. A). With the exception of certain financial documents, Defendants maintain that the documents sought by Plaintiff are not in Defendants' possession. After initially serving responses to Plaintiff's document requests on February 7, 2024, your undersigned met and conferred with Defendants a second time to confirm that the requested documents were unavailable.

Specifically, Document Requests 9, 10, 11, 13, 14, 15, 16, 20, 24, 25, and 26 which Plaintiff claims are outstanding in correspondence to the Court, Defendants specifically responded to each request in the Supplemental Response and confirmed that they are not in possession of the documents being sought by Plaintiff.

For Requests 9 and 27, Defendants indicated they would continue searching for responsive documents in the Supplemental Response.

1

Regarding financial documents, Defendants maintain their objections as outlined in the May 23, 2024 correspondence. Discovery of a defendant's net worth is not discoverable except in extraordinary circumstances, which Plaintiff has not demonstrated here.

Plaintiff attempts to paint a false narrative of non-compliance, which is contradicted by the evidence. Defendants have responded to all of Plaintiff's discovery demands and the deficiency correspondence in a timely manner.

Given the Supplemental Response and the four productions made thus far, Defendants respectfully request that the Court deny Plaintiff's motion for additional discovery at this time.

I appreciate the Court's consideration of this request.

                                                           Respectfully submitted,

                                                           _____/s/_____

                                                           Bhavleen Sabharwal, Esq.

Via ECF:

All counsel