| | |
|---|---|
| **From:** | Bhavleen Sabharwal |
| **To:** | ██████ ████████ ; ████████ ; ████ |
| **Cc:** | Anne Katherene Solidum; Nejat Guvensoy |
| **Subject:** | RE: Kapoor Court notice |
| **Date:** | Friday, September 6, 2024 9:54:13 PM |

Good evening,

The Court has asked me to inform you as follows:

A Status Conference will be held in person on **10/1/2024 at 2:00 p.m. in Courtroom 13D South** (Eastern District of New York Courthouse) before Magistrate Judge Taryn A. Merkl. <u>ALL</u> Defendants Laraib Butt, Mohammad Butt, Naila Butt, and Zuha Butt are directed to personally appear for the scheduled conference.


Bhavleen

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C
Managing Partner
261 Madison Avenue Suite 1063
New York, NY 10016
Bsabharwal@bsablaw.com
D: (917) 597-5984
https://bsablaw.com