| **From:** | Bhavleen Sabharwal |
|---|---|
| **To:** | laraibb@gmail.com |
| **Subject:** | FW: Activity in Case 1:22-cv-05027-HG-TAM Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al Status Conference |
| **Date:** | Tuesday, October 8, 2024 10:37:00 AM |

Good morning,

Please see a copy of the Order below pertaining to the October 1, 2024 conference that was held. Opposing counsel's email is jlax@liakaslaw.com . Please have your new counsel reach out to him directly once he/she is retained.


Bhavleen

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C
Managing Partner
261 Madison Avenue Suite 1063
New York, NY 10016
Bsabharwal@bsablaw.com
D: (917) 597-5984
https://bsablaw.com


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/1/2024 at 6:59 PM EDT and filed on 10/1/2024

| **Case Name:** | Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al |
|---|---|
| **Case Number:** | 1:22-cv-05027-HG-TAM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**Minute Entry and Order: An In-Person Status Conference / Motion Hearing was held on 10/1/2024 before Magistrate Judge Taryn A. Merkl. Appearances by Joshua J. Lax for the Plaintiff and Bhavleen Sabharwal for the Defendant. Discussion held regarding case status and defense counsel's motion to withdraw. For the reasons discussed on the record and provided in her motion, Ms. Sabharwal's Motion to Withdraw as Attorney ([93]) is granted. Defendants, in attendance, have been notified. In addition, as discussed on the record, defendants and Ms. Sabharwal will seek to resolve disputes about attorney's fees. She confirmed that she does not intend to assert a retaining or charging lien.**

**By 12/13/2024, Defendants are directed to have new counsel enter a Notice of Appearance, or send a letter to the E.D.N.Y. Pro Se Office, with their contact information and indicating their intent to proceed *pro se*.**

**A telephonic status conference will be held on 12/19/2024 at 10:00 a.m. before Magistrate Judge Taryn A. Merkl. Counsel are directed to call the dial-in number (571) 353-2301. The meeting ID is 362861721. Counsel shall dial in five (5) minutes before the scheduled conference.**

**Finally, as discussed on the record, Ms. Sabharwal is directed to forward a copy of this order to Defendants personally. The Court further respectfully directs Ms. Sabharwal to provide proof of same on ECF by 10/8/2024. Ordered by Magistrate Judge Taryn A. Merkl on DATE/2024. (Cisco Log #2:09-2:23.) (KKS)**

**1:22-cv-05027-HG-TAM Notice has been electronically mailed to:**

Nadia M. Pervez    npervez@pervezrehman.com, pervezlaw@gmail.com

Joshua J. Lax    joshuajlaxesq@gmail.com, 1155106420@filings.docketbird.com, JOSHUA_LAX@HOTMAIL.COM, jlax@fgdmlaw.com, jlax@liakaslaw.com

Emanuel Kataev    emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email

Bhavleen Sabharwal    bsabharwal@bsablaw.com, asolidum@bsablaw.com, jasmine.robinson@eustacelaw.com, justina.vargas@eustacelaw.com, rbianco@eustacelaw.com

James A Brown    jamesabrownlaw@gmail.com

**1:22-cv-05027-HG-TAM Notice will not be electronically mailed to:**

| | |
|---|---|
| **From:** | Bhavleen Sabharwal |
| **To:** | Nailab01@gmail.com |
| **Subject:** | FW: Activity in Case 1:22-cv-05027-HG-TAM Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al Status Conference |
| **Date:** | Tuesday, October 8, 2024 10:38:00 AM |

Good morning,

Please see a copy of the Order below pertaining to the October 1, 2024 conference that was held. Opposing counsel's email is jlax@liakaslaw.com . Please have your new counsel reach out to him directly once he/she is retained.


Bhavleen

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C
Managing Partner
261 Madison Avenue Suite 1063
New York, NY 10016
Bsabharwal@bsablaw.com
D: (917) 597-5984
https://bsablaw.com


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 10/1/2024 at 6:59 PM EDT and filed on 10/1/2024

| | |
|---|---|
| **Case Name:** | Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al |
| **Case Number:** | 1:22-cv-05027-HG-TAM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**Minute Entry and Order: An In-Person Status Conference / Motion Hearing was held on 10/1/2024 before Magistrate Judge Taryn A. Merkl. Appearances by Joshua J. Lax for the Plaintiff and Bhavleen Sabharwal for the Defendant. Discussion held regarding case status and defense counsel's motion to withdraw. For the reasons discussed on the record and provided in her motion, Ms. Sabharwal's Motion to Withdraw as Attorney ([93]) is granted. Defendants, in attendance, have been notified. In addition, as discussed on the record, defendants and Ms. Sabharwal will seek to resolve disputes about attorney's fees. She confirmed that she does not intend to assert a retaining or charging lien.**

**By 12/13/2024, Defendants are directed to have new counsel enter a Notice of Appearance, or send a letter to the E.D.N.Y. Pro Se Office, with their contact information and indicating their intent to proceed *pro se*.**

**A telephonic status conference will be held on 12/19/2024 at 10:00 a.m. before Magistrate Judge Taryn A. Merkl. Counsel are directed to call the dial-in number (571) 353-2301. The meeting ID is 362861721. Counsel shall dial in five (5) minutes before the scheduled conference.**

**Finally, as discussed on the record, Ms. Sabharwal is directed to forward a copy of this order to Defendants personally. The Court further respectfully directs Ms. Sabharwal to provide proof of same on ECF by 10/8/2024. Ordered by Magistrate Judge Taryn A. Merkl on DATE/2024. (Cisco Log #2:09-2:23.) (KKS)**

**1:22-cv-05027-HG-TAM Notice has been electronically mailed to:**

Nadia M. Pervez    npervez@pervezrehman.com, pervezlaw@gmail.com

Joshua J. Lax    joshuajlaxesq@gmail.com, 1155106420@filings.docketbird.com, JOSHUA_LAX@HOTMAIL.COM, jlax@fgdmlaw.com, jlax@liakaslaw.com

Emanuel Kataev    emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email

Bhavleen Sabharwal    bsabharwal@bsablaw.com, asolidum@bsablaw.com, jasmine.robinson@eustacelaw.com, justina.vargas@eustacelaw.com, rbianco@eustacelaw.com

James A Brown    jamesabrownlaw@gmail.com

**1:22-cv-05027-HG-TAM Notice will not be electronically mailed to:**

| | |
|---|---|
| **From:** | Bhavleen Sabharwal |
| **To:** | Zuha Butt |
| **Subject:** | FW: Activity in Case 1:22-cv-05027-HG-TAM Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al Status Conference |
| **Date:** | Tuesday, October 8, 2024 10:38:00 AM |

Good morning,

Please see a copy of the Order below pertaining to the October 1, 2024 conference that was held. Opposing counsel's email is jlax@liakaslaw.com . Please have your new counsel reach out to him directly once he/she is retained.


Bhavleen

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C
Managing Partner
261 Madison Avenue Suite 1063
New York, NY 10016
Bsabharwal@bsablaw.com
D: (917) 597-5984
https://bsablaw.com


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/1/2024 at 6:59 PM EDT and filed on 10/1/2024

| | |
|---|---|
| **Case Name:** | Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al |
| **Case Number:** | 1:22-cv-05027-HG-TAM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**Minute Entry and Order: An In-Person Status Conference / Motion Hearing was held on 10/1/2024 before Magistrate Judge Taryn A. Merkl. Appearances by Joshua J. Lax for the Plaintiff and Bhavleen Sabharwal for the Defendant. Discussion held regarding case status and defense counsel's motion to withdraw. For the reasons discussed on the record and provided in her motion, Ms. Sabharwal's Motion to Withdraw as Attorney ([93]) is granted. Defendants, in attendance, have been notified. In addition, as discussed on the record, defendants and Ms. Sabharwal will seek to resolve disputes about attorney's fees. She confirmed that she does not intend to assert a retaining or charging lien.**

**By 12/13/2024, Defendants are directed to have new counsel enter a Notice of Appearance, or send a letter to the E.D.N.Y. Pro Se Office, with their contact information and indicating their intent to proceed *pro se*.**

**A telephonic status conference will be held on 12/19/2024 at 10:00 a.m. before Magistrate Judge Taryn A. Merkl. Counsel are directed to call the dial-in number (571) 353-2301. The meeting ID is 362861721. Counsel shall dial in five (5) minutes before the scheduled conference.**

**Finally, as discussed on the record, Ms. Sabharwal is directed to forward a copy of this order to Defendants personally. The Court further respectfully directs Ms. Sabharwal to provide proof of same on ECF by 10/8/2024. Ordered by Magistrate Judge Taryn A. Merkl on DATE/2024. (Cisco Log #2:09-2:23.) (KKS)**


**1:22-cv-05027-HG-TAM Notice has been electronically mailed to:**


Nadia M. Pervez     npervez@pervezrehman.com, pervezlaw@gmail.com


Joshua J. Lax     joshuajlaxesq@gmail.com, 1155106420@filings.docketbird.com, JOSHUA_LAX@HOTMAIL.COM, jlax@fgdmlaw.com, jlax@liakaslaw.com


Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email


Bhavleen Sabharwal     bsabharwal@bsablaw.com, asolidum@bsablaw.com, jasmine.robinson@eustacelaw.com, justina.vargas@eustacelaw.com, rbianco@eustacelaw.com


James A Brown     jamesabrownlaw@gmail.com

**1:22-cv-05027-HG-TAM Notice will not be electronically mailed to:**

| | |
|---|---|
| **From:** | Bhavleen Sabharwal |
| **To:** | PaPa |
| **Subject:** | FW: Activity in Case 1:22-cv-05027-HG-TAM Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al Status Conference |
| **Date:** | Tuesday, October 8, 2024 10:38:00 AM |

Good morning,

Please see a copy of the Order below pertaining to the October 1, 2024 conference that was held. Opposing counsel's email is jlax@liakaslaw.com . Please have your new counsel reach out to him directly once he/she is retained.


Bhavleen

Bhavleen Sabharwal
Law Office of Bhavleen Sabharwal, P.C
Managing Partner
261 Madison Avenue Suite 1063
New York, NY 10016
Bsabharwal@bsablaw.com
D: (917) 597-5984
https://bsablaw.com


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/1/2024 at 6:59 PM EDT and filed on 10/1/2024

| | |
|---|---|
| **Case Name:** | Kapoor v. Michael Matthews Jewelers of Kings Plaza, LLC et al |
| **Case Number:** | 1:22-cv-05027-HG-TAM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**Minute Entry and Order: An In-Person Status Conference / Motion Hearing was held on 10/1/2024 before Magistrate Judge Taryn A. Merkl. Appearances by Joshua J. Lax for the Plaintiff and Bhavleen Sabharwal for the Defendant. Discussion held regarding case status and defense counsel's motion to withdraw. For the reasons discussed on the record and provided in her motion, Ms. Sabharwal's Motion to Withdraw as Attorney ([93]) is granted. Defendants, in attendance, have been notified. In addition, as discussed on the record, defendants and Ms. Sabharwal will seek to resolve disputes about attorney's fees. She confirmed that she does not intend to assert a retaining or charging lien.**

**By 12/13/2024, Defendants are directed to have new counsel enter a Notice of Appearance, or send a letter to the E.D.N.Y. Pro Se Office, with their contact information and indicating their intent to proceed *pro se*.**

**A telephonic status conference will be held on 12/19/2024 at 10:00 a.m. before Magistrate Judge Taryn A. Merkl. Counsel are directed to call the dial-in number (571) 353-2301. The meeting ID is 362861721. Counsel shall dial in five (5) minutes before the scheduled conference.**

**Finally, as discussed on the record, Ms. Sabharwal is directed to forward a copy of this order to Defendants personally. The Court further respectfully directs Ms. Sabharwal to provide proof of same on ECF by 10/8/2024. Ordered by Magistrate Judge Taryn A. Merkl on DATE/2024. (Cisco Log #2:09-2:23.) (KKS)**

**1:22-cv-05027-HG-TAM Notice has been electronically mailed to:**

Nadia M. Pervez    npervez@pervezrehman.com, pervezlaw@gmail.com

Joshua J. Lax    joshuajlaxesq@gmail.com, 1155106420@filings.docketbird.com, JOSHUA_LAX@HOTMAIL.COM, jlax@fgdmlaw.com, jlax@liakaslaw.com

Emanuel Kataev    emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email

Bhavleen Sabharwal    bsabharwal@bsablaw.com, asolidum@bsablaw.com, jasmine.robinson@eustacelaw.com, justina.vargas@eustacelaw.com, rbianco@eustacelaw.com

James A Brown    jamesabrownlaw@gmail.com

**1:22-cv-05027-HG-TAM Notice will not be electronically mailed to:**