UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   No. 1:22-cv-5027 (HG)
SHAMOLI KAPOOR,

                  Plaintiff,

   - against -

MICHAEL MATTHEW'S JEWELERS LLC,
OMAR JEWELERS INC., MOHAMMAD BUTT,
NAILA BUTT, LAIRAB BUTT, ZUHA BUTT,
SOLOMON MATTATOV ,ARIF MAHMOD, ABC
CORPORATIONS 1-5 (fictitious names describing
presently Unidentified business entities), and JOHN
DOES 1-5 (fictitious names describing presently
unidentified individuals), Jointly and Severally,

                  Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel in this action on behalf of Defendants, Mohammad Butt, Naila Butt, Lairab Butt, and Zuha Butt. I request that all papers in this action be served upon the undersigned at the office address stated below.

Dated:  Staten Island, New York
        December 13, 2024

                                                    Respectfully submitted,

                                                    **JDE LAW FIRM, PLLC**
                                                    *Attorneys for the Butt Defendants*

                                                   By: */s/ Jesse David Eisenberg*
                                                   Jesse David Eisenberg, Esq.
                                                   2555 Richmond Ave, Ste 2
                                                   Staten Island, New York 10314
                                                   Tel: (718) 966-0877

jesse@jdelaw.nyc