UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————— X

SHAMOLI KAPOOR

                        Plaintiff,           Affirmation of Service

    -against-
MICHAEL MATTHEWS JEWELERS OF KINGS
PLAZA, LLC, et al,                            1:22   CV 05027-HG ( TAM )

                      Defendant.
————————————————————— X

    I, _____Jesse David Eisenberg_____ , declare under penalty of perjury that I have

served a copy of the attached ___Letter to Michael Matthew's Jewelers of Kings Plaza LLC___

upon __MICHAEL MATTHEWS JEWELERS OF KINGS PLAZA, LLC_____

whose address is: __5391 Kings Plaza, Brooklyn, New York 11234_____

Dated: 2/18/25
        Staten Island    , New York

                                                        *Jesse Eisenberg*
                                                        Signature

                                                        15 Emerald Court
                                                        Address

                                                        Staten Island, NY
                                                        City, State, Zip Code



## LAW FIRM

2555 Richmond Avenue, Ste 2  
Staten Island, NY 10314  
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877  
Fax: 718.228.5646  
JESSE@JDELAW.NYC

February 18, 2025

**Michael Matthew's Jewelers of Kings Plaza LLC**
**5391 Kings Plaza**
**Brooklyn, NY 11234**

Re: Shamoli Kapoor v. Michael Matthew's Jewelers of Kings Plaza LLC, et al.

To whom it may concern:

Please be advised I represent Plaintiff Shamoli Kapoor ("My Client"). My Client was sent this by the Court and ordered to provide a copy to you: "ORDER: The proposed discovery schedule 97 is granted, in part, on consent, in light of the change of counsel and the underlying state court actions that may impact the disposition of this case. The deadline for the completion of fact discovery is **5/30/2025**, and the deadline to file a joint status report on ECF certifying the close of fact discovery is **6/27/2025**. In the letter certifying the close of fact discovery, the parties may request an expert discovery schedule and include proposed dates. The deadline to initiate any dispositive motions in accordance with the Individual Rules of the assigned District Judge is **7/11/2025**. In the absence of any dispositive motion practice, the parties are directed to file a Joint Pre-Trial Order by **8/22/2025**. Given the age of this case and procedural history, counsel is advised that the Court is unlikely to look favorably upon additional requests for an extension absent unforeseen, extraordinary circumstances.**



**JDE LAW FIRM**

2555 Richmond Avenue, Ste 2
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

    The Court notes that Mr. Eisenberg has indicated that he will not represent Defendant Michael Matthews Jewelers of Kings Plaza, LLC. The Corporate Defendant is respectfully reminded that '[a] party that is a corporation must be represented by counsel in order to appear in this Court.' See https://www.ca2.uscourts.gov/clerk/case_filing/appealing_a_case/civil_case/representation_of_a_corporation.html, 28 U.S.C. § 1654; Berrios v. New York City Housing Authority, 564 F.3d 130, 132-133 (2d Cir. 2009). Failure to have counsel appear for the corporate Defendant may result in the corporate Defendant being found to be in default. Counsel for Defendants is respectfully directed to provide a copy of this order to Defendant Michael Matthews Jewelers of Kings Plaza, LLC, and to file proof of same on ECF by **1/30/2025**.

    The Clerk of Court is respectfully directed to terminate Bhavleen Sabharwal as counsel of record for Defendants. Ordered by Magistrate Judge Taryn A. Merkl on 1/23/2025. (KKS) (Entered: 01/23/2025)"

    Sincerely,

/s/ Jesse David Eisenberg
Jesse David Eisenberg, Esq.
*Attorney for Stephen Nicosia*
JDE Law Firm, PLLC
2555 Richmond Avenue. St. 2
Staten Island, New York 10314
718.966.0887