## To whom it may concern:

I am a victim of several crimes by a compulsive liar and abuser of our legal system.

My name is Mohammad I Butt. I am a resident of Queens County and reside at 63-42 253rd Street, Little Neck, NY. I am a 63-years old man who has suffered from multiple health related issues and has had two open heart surgeries and two strokes, which have caused further serious health conditions. I am a small business owner that sells jewelry.

I employed a female in my business by the name of Shamoli Kapoor, also a resident of Queens County, residing at 63-70 Austin Street, Apt #2B, Rego Park, NY 11374. Her phone number is 646-945-9330. During her employment period, she was a salesgirl that sold our products (jewelry products). Throughout her employment she showed initiative and asked me to mentor her in this line of work. She came from India, on a fraudulent basis and as an immigrant myself, I understood her struggle and helped her to earn a living here in the U.S.

While employed by me, she became close to me and my family as I let her into my home, thinking of her as a daughter, teaching her to become a businesswoman. Unfortunately, she had other plans. Ms. Kapoor deceived me and my family members, by secretly gathering information about me and my family and my business, later using the same information to harass me. On or about the end of 2012, I suffered from a stroke and was hospitalized for about two weeks. I was advised to make a lifestyle change as my stress was a major factor in the stroke. Knowing this, Ms. Kapoor started pushing me to sell all the stores because I was not in good health. She further said that I was not able to manage my businesses as I was even struggling to walk (I walked with a limp). Ms. Kapoor appointed herself as a president/CEO and essentially made herself a person with

fiduciary duties in the businesses. She told all my employees that I am her uncle and that moving forward, she would be in charge of all the business matters. For any matter regardless of the situation, she was to be the only point of contact. She stated to others that "uncle is very sick, and he should not be bothered, and I will take care of everything from now onward."

Ms. Kapoor told me that she belongs to a very rich family in India and that she can buy all the merchandise from me and pay me through the checks provided if I give them all the stores without getting any key money. She made sure that she will only pay for the merchandise and she pushed me to do so. Also, she introduced me to two of her cousins who guaranteed the money, indicating that they would all pay me. I refused to sell it to them. It took more than a year to convince me to sell all my merchandise without getting any key money for the stores. Finally, I agreed because she was pushing me a lot by manipulating my situation, as she knew my children were not interested in working with me in my business. She told me that "you do not have anyone who can look after your businesses. Your children do not know anything about the businesses. You better off getting rid of all the stores." At the same time, she started giving me slow poisoning drugs. My health started deteriorating day by day. Finally, Ms. Kapoor and her partners (cousins) came up with the checks against the merchandise, but it was not enough. They paid approximately $2.5M through multiple checks for the merchandise but the merchandise was worth much more than what they paid. Then she proposed that I would keep 50% of the shares of the businesses till she, with her partners, comes back with the rest of the money for the merchandise.

Furthermore, she gave a $6,025,000.00 (Six Million, twenty-five thousand) postdated check to me in lieu of merchandise and became the guarantor for both sides. Approximately, $200K was the monthly operational cost for our businesses. She started taking the money from me to support the businesses operation with the promise that they will soon arrange the funds to pay me for my merchandise and the loan she took to support the businesses operation. In fact, she gave me the bogus postdated check which

was never cashed because there were no funds available in the account. Clearly this is check fraud.

When I started doing an internal audit, I found about $600,000 of my own money was missing from the businesses, when I asked her about missing money then she did not have any appropriate answer. When I started pursuing her for missing money then she showed some utility bills with poor handwritten notation in lieu of amounts spent on businesses' operations which were never authorized by me. We have all computerized systems in place along with 24/7 recording cameras. I asked her multiple times where is missing money and she never had any response to my inquiries. Instead she started blaming her partners that they had stolen the money. During the audit process, I further found that merchandise bought earlier was also missing. I asked her since you are the responsible for the entire operation of businesses, so where is my 50% share of the merchandise. Again, she started blaming her partners for stealing the merchandise as well. All three of them started accusing and blaming each other and ended up with arguments and fights without finding the merchandise and the missing money. In fact, their arguments and fights were fake, and it was just to show me that they are fighting and arguing in real time, but it was not the case. It was just a drama and conspiracy against me. That is how I became a victim of their fraud because her partners were arrested by the FBI for doing all illegal and fraudulent work. The FBI also recovered missing merchandise and money from their homes. Both of her partners were arrested by the FBI and news was broken on the national TV channels and the newspaper.

In October 2014, Ms. Kapoor tried to break into my house in the middle of the night, I called the cops immediately. The Police came over to my house and gave her a verbal warning not to come again to this neighborhood otherwise she would be arrested. Disgruntled and still arguing with the police officer outside of my house, she finally left. Thereafter she continued to call me and harass me. She was threatening to kill me. I gave the phone to one of the police officers and they warned her again. She was not stopping by any means and kept going on and on. After talking to her over the phone, now police

officers made a report and she was arrested the next morning for aggravated harassment. I was issued an order of protection for myself, my family, and my businesses. In retaliation, she made false allegations and provided fake documents to the District Attorney (DA) office and got the order of protection removed. Ms. Kapoor used her gender and this TOP as a means to further threaten and harass me in various methods (phone calls, in person, false allegations, theft, fraud etc.).

It is my belief that Ms. Kapoor has serious mental ailments and must be evaluated by a professional. In the past, she had been taking medication for such mental ailments and it is unknown whether she is in compliance or an abuser of said medications. In the past, she has tried to kill me on many occasions. For instance, around October 2014, when she was arrested in a theft crime for someone else, after getting released I picked her up from the police precinct where she was locked up. After picking her up from the precinct and dropping her off to her apartment, she physically forced me to go with her to her apartment during the midnight and sleep there. When I refused to do so then she started threatening to kill me. During this quarrel, I called one of my friends named Mr Shafqat Bhatti to save me from her murder attempt. Later he saved me and drove me to my house in Little Neck. For another instance, around November 14 2016, she picked me up from Little Neck and asked me to purchase luggage for her travel to India and also paid for her shopping. She was requesting me to lend her a large sum of money to start a business in India. When I refused to do so then she started driving me aimlessly by the ocean in Brooklyn. NY and started threatening me to drown along with the car in the ocean. During the aimless travel, she started demanding the sex and I told her that I cannot perform, and I quickly jumped out of the car at the traffic light signal. After that, I called 911 around 7:10PM and the police and ambulance came in a few minutes and they took me to hospital for treatment. The police incident report number is 20401.

These are the only two of the most severe incidents that I can recall at this time, but there have been many more. There were also witnesses during each occasion. Due to her severe attacks my preexisting health conditions were exasperated. She has also

taken advantage of my poor health conditions and my lengthy hospitalizations by taking my business cash, computers, equipment, machines, check books, cash receipts, office papers, all the records, bank statements, cancelled check books intellectual property of the business, corporation papers, tax papers, all the store data. Ms. Kapoor took advantage of my vulnerable state and robbed me of my life's work, which she is now claiming to be her own. While I have made a police report for the same, there has been no action taken against her.

Clearly, her sociopathic and narcissistic characteristics manifested in her behavior over time as she concocted this elaborate scheme to infiltrate me, my family, and my businesses. She has acted in a very calculated and manipulative manner as her goal was to take all my businesses and rob my life's earnings. Not only did she steal from me, she illegally audio/video recorded me and filmed my family and used the same as a means of blackmail and threats.

At the same time, she harassed me sexually and demanded sex in order to have a baby from me which I refused because I was taking a high potency of medication which has serious side effect on a human body and unfortunately I cannot perform sex. This can be verified through my doctors. Clearly, she is a single and socially awkward psychopath with multiple personality disorders. When I refused to fulfill her desires then she never believed me and started physically torturing me because I was vulnerable. At one time she broke my hand and arm with a tire opener metal rod. At the second incident, she burnt my hand so badly that it was 3rd degree burnt and could be verified through medical exams in the hospital. Not only I became a victim of a financial crime, I am also a victim of bodily harm and violence. She has used her femininity to play the role of a victim and accusing all males around her of inappropriate behavior in an effort to extort things out of them. I am certainly not her only victim, but I am being tortured by her daily debacles.

. . . .

Sadly, I later learned that her whole family is criminal and very possessive. Her father opened a finance company in India and robbed the money from millions of people and shut down the finance company and ran away to Russia and started working with Russian mafia, financial scams and he got killed there by his associates for the distribution of stolen money. Also, her brother is a troubled individual as he cannot control his anger and due to his uncontrolled anger, he has killed one person. This news was broken on national TV channels and in newspapers in India. She has many more victims of her different crimes. Evidence and witnesses can be provided. Few examples are:

1. Conspiracy against US and people of US with solid evidences and witnesses
2. Public Assistance fraud done by her with evidences
3. Fraud with her landlord and dragged him into the court for three years and did not pay any rent
4. Commercial; fraud with Abdu Saeed Esaidi
5. Commercial fraud with Vanita Khan (Neko Khan)
6. Extortion to Asad Naqvi
7. Extortion to Rashid Khan
8. Fraud and stolen the jewelry and cash from her roommate Fiaza Khan
9. Physical Assault to the customer on Merrick Blvd, threaten them, harassed them and collected the cash in compensation without court involvement
10. Physical Assault to Mukesh Kumar, ex-employee
11. Physical Assault to James, a construction worker
12. Physical Assault to Steve, worked in same store where she has a concession
13. Fraud with Fayaz Nawaz and Zahid Nawaz Chugtai, forged their signature and prepared false legal documents and dragged them into the courts for years and then she lost the case in Trial. The judgment was given against Shamoli Kapoor. A copy of this judgment can be provided as evidence.
14. False accusation of rape by both brother Fayaz Nawaz/Zahid Nawaz and myself in front of the court judge and she lost it, and her false accusation was thrown away from the court

15  Ms. Shamoli Kapoor made a false report to special squad of rape against Mohammad I Butt and after the investigation by detective Lew of special squad and she cleared me from the false accusation. Ms. Shamoli Kapoor is a very manipulative and calculative criminal

16  Fraud with business transaction for cashing out a check. She got the cash and at the same time she dragged them into the court to get the check cashed and she got money two times.

17  Since she has a serious mental ailment, she cannot control her anger. After non-payment of the rent for many years, she put the landlord building on fire. The neighbor called 911 and fire dept came and broken into her apartment and shut off the fire

18  She borrowed money from Ejaz Butt and gave him a check against it and after years she dragged him into the court with false accusation which she lost the case against Ejaz Butt

19  Four frivolous lawsuits were filed against Mohammad I Butt and his family which have been dismissed by the order of the honorable court and she lost all four frivolous lawsuits

20  Filed a false police report of harassment against the landlord at Medford Ave for not paying the rent of store for many months, when landlord did not do anything as a harassment

21  She was at fault in a roadside car accident and at the time of the accident she promised to pay damages to another person who was involved in the accident but later she refused to pay her instead she started harassing her.

22  She made Super (named Oscar) of the building fired from his job where she was illegally living

23  Shehnaz/Mona was out of $40,000.00 by deceiving them

24  Zimerman was out of $36,000.00, he was her landlord of commercial store located in Beach Channel Driver, Far Rockaway, NY by abusing the legal process.

25  Bella was out of $2,000.00 because of her abusing the legal process

26  Sara and Esha were out of $4,000.00 because of her harassment and bullying

27    Many more similar fraudulent and criminal cases can be provided on the request, which are avoided here not to make this document too lengthy.

**Abuse of Process**

Ms Shamoli Kapoor is an abuser of the legal court system and she knows very well how to manipulate the things in the legal court systems. Many other people including myself are the victims of her criminal and deceptive activities.

I am begging the District Attorney's Office to help me in pursuing justice for me and all others that have been victimized by this wicked and brutal woman. I am an elderly man with a loving and supportive family. I have been married 31 years and have 4 beautiful children that are all successful in their career paths. I am only seeking justice against this woman as she has caused pain and misery to me and my family and my businesses. I just want to be able to live my retired days in peace with my wife and my family. I am not highly educated and am not familiar with the law, nor can I afford an hourly attorney to litigate this matter. I am happy to come to your office for an interview and discuss the details of these matters further upon your availability.

Thank you for your time and consideration.

Sincerely,

Mohammad I. Butt

63-42 253rd Street

Little Neck, NY 11362

Phone#: 646-300-5935