LAW OFFICE OF

# JOSHUA J. LAX

225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

May 28, 2025

**BY ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,***
**Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write jointly with counsel for the Butt Defendants, Jesse D. Eisenberg, Esq., to respectfully request an extension of the time to complete fact discovery from May 30, 2025, to July 31, 2025. Counsel makes this request for several reasons. First, the parties submitted a motion for an informal discovery conference pursuant to the Court's Individual Rules of Practice on April 25, 2025. (*See* Docket Entry Number 99). That submission described the progress of discovery until that point, and two major issues that impacts the parties' abilities to complete document discovery and proceed to depositions. The parties continue to await decision on that motion. Second, on May 16, 2025, defense counsel produced a set of documents he received from Defendants. Within these documents are a series of doctor's notes describing Mohammed Butt's health conditions that Defendants maintain would impact Mr. Butt's ability to act in the manner alleged by Ms. Kapoor. Plaintiff is seeking to obtain the underlying medical records connected with these providers. Third, despite the issues discussed in the letter at Docket Entry 99, the parties have made efforts to continue discovery. Ms. Kapoor has been making an exhaustive search for records relevant to both this matter and her state matters against Defendants. Defendant Mohammed Butt also agreed during discussions around the preparation of Docket Entry 99 to commence a search for communications with Ms. Kapoor which remains ongoing. Once the issues raised in Docket Entry 99 are resolved and any discovery thereunder complete, and the other searches complete, the parties will be ready to complete any depositions.

The parties' request of July 31, 2025, is based on several factors. First, Plaintiff will need time to obtain releases for medical records from Mohammed Butt and gather the records from the providers he recently identified. In addition, the undersigned will commence a two week criminal trial in the Southern District of New York on June 9, 2025. At the same time, Mr. Eisenberg's wife is 36 weeks pregnant. As a result, it will be difficult for the parties to complete discovery in June 2025. For these reasons, the parties request an extensions of July 31, 2025.

If this application is granted, the parties further request a corresponding adjustment to the schedule set by the Court:

| | |
|---|---|
| Completion of Fact Discovery: | July 31, 2025 |
| Letter Certifying Discovery Complete: | August 21, 2025 |
| Date to Initiate Dispositive Motion Practice: | August 28, 2025 |
| Joint Pre-Trial Order if no Motion Practice: | October 23, 2025 |

The parties thank the Court for its consideration of this application.

Sincerely,

/s/

Joshua J. Lax, Esq.

CC: All Counsel (By ECF)