

# JDE
## LAW FIRM

260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

September 11, 2025

**BY ECF**

Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et al.*
Docket No. 22-CV-5027 (HG)(TAM)

Your Honor:

Pursuant to the Court's Scheduling Order dated September 8, 2025, directing the parties to file a joint status letter by September 11, 2025, Plaintiff and the Butt Defendants respectfully submit the following update regarding the status of discovery, anticipated next steps, and the parties' readiness for settlement or mediation.

## Plaintiff's Position

The position articulated by Plaintiff in the September 5, 2025 letter remains unchanged. Plaintiff adds the following points in response to Defendant's statement below. The Court previously held that Defendants need not produce IRS records or releases, and as a consequence, Plaintiff is not seeking those releases. If Defendants believe such records are relevant and wish to rely upon them, Plaintiff agrees such releases should be provided, but Defendants should also be required to obtain a copy and furnish them to Plaintiff.

In terms of providing the releases, the main issue continues to be when Defendants can provide a full list of the relevant financial institutions and the corresponding releases. If there is any question as to the form of the releases, Plaintiff will work with Defendants. The problem continues to be Defendants' apparent cavalier attitude concerning compliance with discovery and the lack of any sufficient justification for the continued delay. Mr. Butt was a sophisticated business man with interests and management responsibility in numerous jewelry stores around New York and New Jersey. The notion that he would simply forget where he did his banking, and that he and his wife would just throw out all records of their finances, defy belief. Although the focus is on Mohammed Butt's financial records, the state court proceedings reveal that approximately $520,000 of Plaintiff's money went into a checking account in Naila Butt's name. Indeed, Plaintiff believes Defendants' home was or is in Mrs. Butt's name. This would indicate that the responsive information is not solely in Mr. Butt's possession, and that he may have used

1



**JDE**
**LAW FIRM**

260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

accounts in her name. Common sense would also suggest that Mrs. Butt would know this information as well, based on Mr. Butt's continued claim of strokes and other serious illnesses, that would leave her vulnerable if something were to happen to Mr. Butt. The sense Plaintiff has is that defense counsel is trying to get this information, but Defendants themselves are unresponsive to his efforts. Plaintiff is also awaiting information about the purported report against her by Mohammed Butt to the FBI.

In regards to settlement, counsel has no assurances that Defendants are accurately portraying their financial circumstances If Defendants take a position that they have no resources to pay a settlement, Plaintiff believes disclosures regarding their ability to pay and their current assets are necessary. Plaintiff raised this with prior counsel more than a year ago, with no response, and Plaintiff's state court attorney raised this with Mr. Eisenberg. Indeed, Defendants no such claim last year prior to the settlement conference before the Court. More importantly, Plaintiff believes that Defendants do not take this case seriously because they have not yet had to reckon with the realities of this case, and therefore, appear to feel little incentive to resolve this matter.

## Defendants' Position

Counsel for the Butt Defendants reports that the parties have conferred regarding discovery. The attorneys have agreed that the Butt Defendants will provide authorizations for banking records and, if applicable, IRS records. Draft authorizations have not yet been prepared, but counsel are coordinating on this process.

Defendant Mohammed Butt has represented that he has not worked or filed tax returns in the last ten years. During the relevant period, he maintained accounts with Washington Mutual and Chase Bank. Once the authorizations are finalized and executed, Plaintiff will be able to subpoena the records.

Plaintiff has also requested certain medical authorizations relating to Mr. Butt. Counsel are reviewing those demands and will continue to confer regarding scope and procedure.

Depositions have not been scheduled at this time. Plaintiff's counsel has advised that Plaintiff is currently out of the country and unavailable until at least next week. In addition, Mr. Butt is currently under physician-ordered bed rest and awaiting assignment of a surgery date. These medical circumstances have limited the pace of communications and preparation. Once Plaintiff returns and the parties complete initial authorizations, counsel will work cooperatively to establish deposition dates in this matter and in the related state actions.

The Butt Defendants remain willing to participate in settlement discussions or mediation. However, additional discovery is needed for such efforts to be productive.



## LAW FIRM

260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

**Anticipated Next Steps**

1. Attorneys will confer and prepare appropriate banking, tax, and medical authorizations.
2. Execution of those authorizations by the Butt Defendants.
3. Subpoenaing and review of responsive records.
4. Scheduling of depositions once Plaintiff returns and discovery authorizations are in place.
5. Further assessment of readiness for settlement or mediation.

The parties submit this letter in advance of the in-person status conference scheduled for September 12, 2025.

Respectfully submitted,

/s/ Jesse David Eisenberg
Jesse David Eisenberg, Esq.
JDE Law Firm, PLLC
Attorneys for the Butt Defendants