LAW OFFICE OF
# JOSHUA J. LAX
225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

February 12, 2026

**BY ECF**
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,*
      **Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

  I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write jointly with Defendants' counsel, Jesse D. Eisenberg, Esq., to respectfully request a 120 day extension of time to complete discovery from February 17, 2026, to June 17, 2026, and a corresponding adjournment of all other dates.

  There are several grounds for this request. First, due to Mohammad Butt's health and some other issues that arose, there was a delay in the production of various releases for records that were outstanding. Those releases were provided to Plaintiff in three productions, the most recent of which was for two medical providers on January 30, 2026. The medical releases relate to Mr. Butt's defense that he could not have committed several of the acts described in the Complaint due to a medical condition. All releases except those from the January 30, 2026, production have been processed out, and responses are beginning to arrive. Second, the subpoena to Chase Bank for Mr. Butt's financial records yielded over 100 accounts either in his name or for which he is the signatory. Plaintiff is in negotiations with Chase concerning the scope of its response to the subpoena. Plaintiff is awaiting a list of the accounts from Chase, and the parties agree that they will discuss any potential way to narrow the scope of the subpoena to Chase once the list is produced. Third, the undersigned has been preparing for a terrorism trial that commences on February 23, 2026, before the Honorable Eric R. Komitee which is expected to last several weeks. The parties hope this extension will allow them to complete fact discovery.

  Based on the foregoing, the parties respectfully request an extension of time to June 17, 2026, to finish obtaining the records and complete depositions. The parties thank the Court for its consideration of this application.

                                          Respectfully submitted,

                                                   /s/

                                          Joshua J. Lax, Esq.

CC:    All Counsel (By ECF)