LAW OFFICE OF

# JOSHUA J. LAX

225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

May 26, 2026

**BY ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

   Re: ***Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,***
      **Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

  I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write with the consent of Defendants' counsel, Jesse D. Eisenberg, Esq., to respectfully request entry of the annexed proposed Order for Depositions. Mr. Eisenberg was provided a copy of the order prior to giving his consent to this application.

  The basis for this application is that such an order is required under the Eastern District Civil Litigation Fund Guidelines for Reimbursement of Expenses Incurred by Attorneys in Pro Se Civil Actions. In particular, the Guidelines provide reimbursement for the cost of deposition transcripts taken pursuant to court order. Because Ms. Kapoor is represented in this matter under the Eastern District of New York Pro Bono Plan, the undersigned is eligible to seek reimbursement for the costs of deposition transcripts if the depositions are taken pursuant to court order from the Eastern District Civil Litigation Fund. Moreover, approval of the Court is required for any expenses that exceed $1,000.  The depositions and the related expense in this case are necessary to adequately represent Ms. Kapoor. The claims in this matter are serious, including human trafficking, sexual assault, and various labor and employment violations. Although Plaintiff has produced a large volume of documents, discovery has yet to reveal Defendants' account of what occurred between them and Ms. Kapoor. Since these accounts will form the basis of their defense in this matter in motion practice and trial, the depositions of the Defendants are necessary to uncover and test Defendants' contentions. Lastly, Plaintiff seeks leave to take the deposition of Solomon Mattatov. Mr. Mattatov is a former business associate of Defendant Mohammed Butt, and in turn, may have relevant testimony to provide concerning Plaintiff's claims.

  Based on the foregoing, Plaintiff respectfully requests entry of the annexed proposed order.

Respectfully submitted,

/s/

Joshua J. Lax, Esq.

CC:    All Counsel (By ECF)