UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SHAMOLI KAPOOR,

                                Plaintiff,

                -against-

MICHAEL MATTHEWS JEWELERS OF KINGS
PLAZA, LLC, OMAR JEWELERS INC.,
MOHAMMAD BUTT, NAILA BUTT, LARAIB
BUTT, ZUHA BUTT, SOLOMON MATTATOV,
ARIF MAHMOD, ABC CORPORATIONS 1-5
(fictitious names describing presently unidentified
business entities), and JOHN DOES 1-5 (fictitious
names describing presently unidentified
individuals), Jointly and Severally,

                              Defendants.

------------------------------------------------------------------ x

**ORDER FOR DEPOSITIONS**

22 CV 5027 (HG) (TAM)

      **WHEREAS** counsel for Plaintiff Shamoli Kapoor appears in this action pursuant to The Eastern District Pro Bono Program;

      **WHEREAS** Plaintiff's counsel may seek reimbursement for litigation expenses from the Eastern District Civil Litigation Fund, including the costs of transcripts for depositions;

      **WHEREAS** this matter involves complex facts and will adjudicate significant issues and interest for all the parties;

**IT IS HEREBY ORDERED**, upon the application of Plaintiff, with consent of Defendants, and for good cause shown, as follows:

1. Plaintiff may take by oral examination the depositions of Defendants, at a date and time to be agreed upon by counsel for the parties, either by remote means, at a location to be specified by Plaintiff, or at a location to be agreed upon by counsel, before a notary public or some other officer duly authorized by law to take depositions. Each deposition will

continue from day to day until completed, shall be recorded by stenographic, video and/or audio-visual means, and shall be taken for the purposes of discovery, motion practice, for use at trial, or both of the foregoing, and/or for such other purposes are permitted under the applicable and governing rules.

2. Plaintiff may take by oral examination the deposition of Solomon Mattatov, and is hereby given leave to issue a subpoena to testify at a deposition in a civil action or any necessary process to secure the attendance of Solomon Mattatov at a deposition.

3. Plaintiff's counsel may seek reimbursement for the costs of the transcripts for such depositions from the Eastern District Civil Litigation Fund pursuant to the procedures set forth in the "EASTERN DISTRICT CIVIL LITIGATION FUND GUIDELINES FOR REIMBURSEMENT OF EXPENSES INCURRED BY ATTORNEYS IN PRO SE CIVIL ACTIONS;"

4. Plaintiff and her counsel are permitted to seek reimbursement from the Eastern District Civil Litigation Fund for costs for the transcript in excess of $1,000.

SO ORDERED:

*Taryn A. Merkl*

HON. TARYN A. MERKL, U.S.M.J.

DATED: May 27, 2026