

**JDE**
**LAW FIRM**

260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

BY ECF
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et al.,
        Docket No. 22 CV 5027 (HG)(TAM)

Your Honor:

I represent the individual Defendants in the above-referenced matter. I write jointly with Plaintiff's counsel, Joshua J. Lax, Esq., to respectfully request an additional extension of time to complete depositions to on or before August 7, 2026, and a corresponding adjournment of all remaining pretrial deadlines.

There are two grounds for this request. First, Mohammad Butt has recently been diagnosed with two additional strokes that went undiagnosed for several months. His treating physicians have adjusted his medication regimen, and he requires time for those medications to take effect and to recover sufficiently before he is in a position to sit for a deposition. This is not a delay of convenience; it reflects an unanticipated and serious medical circumstance that makes proceeding with Mr. Butt's deposition in the near term impracticable and potentially prejudicial to his ability to meaningfully participate

Second, Plaintiff is awaiting responses to outstanding subpoenas that are necessary to conduct meaningful depositions. The parties agree that proceeding before those responses are



260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

received would be inefficient and may deprive the witness of an opportunity to refresh their

recollection either prior to or during the deposition.

Lastly, Plaintiff's counsel has a pre-planned trip out of the country from June 27, 2026

through July 11, 2026.

Based on the foregoing, the parties respectfully request an extension of time to complete

depositions and any remaining fact discovery to on or before August 7, 2026. The parties thank

the Court for its consideration of this application.

Sincerely,

/s/ Jesse David Eisenberg
Jesse David Eisenberg, Esq.