

**JDE**

**LAW FIRM**

260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

BY ECF
Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re:   Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et al.,
      Docket No. 22 CV 5027 (HG)(TAM)

Your Honor:

Plaintiff's counsel, Joshua J. Lax, Esq., and counsel for the Butt Defendants respectfully submit this joint request for an extension, and to provide the Court with a status report pursuant to the Court's June 10, 2026, Order. An additional statement of Plaintiff's position is included at the end of the letter.Since the Court's June 10, 2026 Order, the parties have made substantial progress in completing fact discovery. Plaintiff's deposition has been completed, as have the depositions of all Butt Defendants except Defendant Mohammad Butt.

Unfortunately, after the Court entered its June 10, 2026 Order, Defendants learned that Mr. Butt had suffered additional transient ischemic attacks ("TIAs") that had not previously been diagnosed. Defendants have since obtained updated medical documentation confirming Mr. Butt's ongoing neurological condition. According to his treating physician, Mr. Butt is presently unable to sit for prolonged periods because of his medical condition.

The parties remain committed to completing Mr. Butt's deposition as promptly as practicable. Before the deposition can responsibly proceed, however, counsel require additional guidance from Mr. Butt's treating physicians regarding the length of time he can safely participate in a deposition, whether any accommodations or limitations are medically recommended, and the nature and extent of his current cognitive limitations. Mr. Butt's family has contacted his treating physicians on multiple occasions requesting this information and is presently awaiting a response.

Upon receipt of that information, counsel will promptly confer regarding an appropriate protocol for completing Mr. Butt's deposition. Following completion of the deposition, the parties anticipate evaluating whether any limited follow-up discovery, including post-EBT demands, is warranted before certifying the completion of fact discovery.



**JDE**
**LAW FIRM**

260 Christopher Lane
Staten Island, NY 10314
Licensed in New York, New Jersey, & Oregon

Ph: 718.966.0877
Fax: 718.228.5646
JESSE@JDELAW.NYC

Accordingly, in light of these unforeseen medical developments, the parties respectfully request that the Court extend the deadline to complete fact discovery and the deadline to file the joint certification of the close of fact discovery for sixty (60) days. The parties believe this extension will provide sufficient time to obtain the necessary medical guidance, complete Mr. Butt's deposition under appropriate conditions, address any limited post-deposition discovery that may be warranted, and conclude fact discovery.

Plaintiff adds that while she agrees to the proposed extension described above, the parties cannot wait indefinitely for an improvement in Mr. Butt's condition or his doctor's clearance. A medical record from a July 27, 2026, examination was provided by Defendants to Plaintiff on August 4, 2026. The notes state that Mr. Butt has "minimally impaired immediate recall and short-term memory loss." Plaintiff appreciates that there may be physical limitations that will need to be accommodated, but this examination suggests that he may be otherwise able to testify. At some point, Mr. Butt must either be produced for a deposition, or his testimony should be precluded and the case should proceed to the next phase. Plaintiff further requests that the Court hold a conference around the midpoint in the 60-day extension period, if it is granted, to allow Defendants to update the Court on Mr. Butt's circumstances and the viability of completing his deposition before the new proposed deadline.

The parties thank the Court for its consideration of this request.

Respectfully submitted,


/s/ Jesse David Eisenberg
Jesse David Eisenberg, Esq.
