LAW OFFICE OF

# JOSHUA J. LAX

225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

September 4, 2026

**BY ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

**Re:** ***Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,***
**Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write with the consent of Defendants' counsel, Jesse D. Eisenberg, Esq., to respectfully request a brief adjournment of the status conference scheduled for September 10, 2026, at 11:00 a.m. The basis for this request is that I have a conflict at 11:30 a.m. on September 10, 2026. I have tried to move the conflict but I am unable to reschedule it. Because the parties' discussion with the Court may extend beyond 11:30 a.m. on September 10, 2026. Plaintiff is available to start the conference earlier on September 10, 2026, or on a day and time convenient to the Court starting on September 11, 2026.

Plaintiff thanks the Court for its consideration of this application.

Respectfully submitted,

/s/

Joshua J. Lax, Esq.

CC: All Counsel (By ECF)