LAW OFFICE OF

# JOSHUA J. LAX

225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

November 18, 2026

**BY ECF**
Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

**Re:** ***Shamoli Kapoor v. Michael Matthew Jewelers of Kings Plaza, LLC, et.al.,*** **Docket No. 22 CV 5027 (HG)(TAM)**

Your Honor:

I represent Plaintiff Shamoli Kapoor in the above-referenced matter. I write with the consent of Defendants' counsel, Jesse D. Eisenberg, Esq., to respectfully request entry of the annexed proposed Amended Order for Depositions. Mr. Eisenberg was provided a copy of this order prior to giving his consent to this application.

The Court issued the original version of the order on May 27, 2026. (Docket Entry No. 107). An issue has arisen, however, with the language of paragraph 4 in the Order. In seeking reimbursement from the Eastern District Civil Litigation Fund ("ECDLF"), Plaintiff was advised by the EDCLF that the language of paragraph 4 could be interpreted as limiting Plaintiff's ability to receive reimbursement only to amounts over $1,000. In other words, the first $1,000 for each transcript cannot be reimbursed. This was not, however, Plaintiff's intent. Instead, Plaintiff was trying to satisfy the ECDLF Guidelines that requires approval by the Court and the ECDLF board prior to incurring the expenses in excess of $1,000. The original intent of paragraph 4 was to obtain the Court's approval for expenditures that were expected to total over $1,000. As noted, the inartful drafting of the order has led to some confusion, and Plaintiff seeks entry of an amended version of the order that eliminates this confusion. The proposed order is provided both in redline and final form for the Court's review.

For these reasons, Plaintiff respectfully requests entry of the proposed amended order. Plaintiff thanks the Court for its consideration of this application.

Respectfully submitted,

/s/

Joshua J. Lax, Esq.

CC: All Counsel (By ECF)